AO 91 (Rev. 11/11) Criminal Complaint

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED
SEP 23 2025
LAURA A. AUSTIN, CLERK
BY: K. Campbell
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

United States of America
v.
Taylor Shannell HEADEN
AKA: T

*Defendant(s)*

Case No. 1:25mj83

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 2023-Present in the county of Wise in the Western District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 U.S.C. Section 841(a)(1) and 846. | Conspiracy to possess with the intent to distribute and distribute methamphetamine. |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

Stephen Levesque
*Complainant's signature*

Stephen Levesque ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/23/25

Pamela Meade Sargent
*Judge's signature*

City and state: Abingdon, Virginia

Hon. Pamela Meade Sargent, US Magistrate Judge
*Printed name and title*