CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

SEP 23 2025

BY: [signature]
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF THE ARREST OF** | ) | **Case No.** |
| | ) | **UNDER SEAL** |
| **Terry Alexander HEADEN AKA: "Bub"** | ) | |
| **Taylor Shannell HEADEN AKA: "T"** | ) | |
| **Charles John WILLIAMS AKA: "Chuck"** | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stephen Levesque, Special Agent, United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, being duly sworn, do depose and state as follows:

## INTRODUCTION

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed since 2007. I received my training at the Federal Law Enforcement Training Center (FLETC) and ATF National Academy in Brunswick, Georgia. At the ATF National Academy, we trained in various investigative techniques to include preparing a proper criminal complaint. During my training at FLETC and the ATF National Academy I received specialized training in the Controlled Substances Act, Title 21, United States Code, including, but not limited to Sections 841(a)(1) and 846.

2. Prior to my ATF training, I received a Bachelor of Science Degree in Criminal Justice from Radford University (2004) and a Master of Science Degree in Criminal Justice and Police Studies from Eastern Kentucky University (2006). I have successfully completed a basic law enforcement academy with the Newport News, Virginia Police Department.

3. During my tenure in law enforcement, I have become familiar with the methods and techniques associated with the trafficking and distribution of narcotics and other controlled substances.

4. I know according to Title 21, U.S.C. Section 841(a)(1), it is unlawful for any person to knowingly or intentionally possess with intent to distribute a controlled substance.

5. I know according to Title 21, U.S.C. Section 846, it is unlawful for any person to conspire to possess with intent to distribute and distribute a Schedule II-controlled substance in furtherance of Title 21, USC, Section 841(a)(1).

6. Where I have used "I believe" or "I know" herein, such statements are based on my training, experience, and participation in this investigation.

7. The statements contained in this affidavit are based in part on information provided by officers/agents from the ATF, the Southwest Virginia Drug Task Force (SVDTF), the West Virginia Southern Regional Drug and Violent Crimes Task Force (SRDVCTF), along with statements made by Cooperating Sources of Information (CSI) and Confidential Informants (CI).

8. On or about March 18, 2023, law enforcement began an investigation into individuals who were believed to be conspiring to commit drug trafficking and firearm related offenses in and around Wise County, VA, located in the Western District of Virginia (WDVA), and McDowell County, WV, located in the Southern District of West Virginia (SDWV).

9. In April 2025, six individuals of the related conspiracy were arrested in the WDVA: Stephen Stewart (AKA: Stimie), Eric Mullins, Gerald McCoy, Danny Dearry (AKA: Pops), Lisa Poole, and Jonathan Lake. Through this investigation, agents identified additional coconspirators to include Terry Alexander HEADEN, a/k/a "bub" (HEADEN), Taylor Shannell HEADEN, a/k/a "T" (TAYLOR), and Charles John WILLIAMS, a/k/a "Chuck" (WILLIAMS), who reside in Havaco and Welch, WV, located in the SDWV.

## SUMMARY

10. Between March 18, 2023, and May 14, 2023, SRDVCTF agents utilized a Confidential Informant (CI) to conduct three separate controlled narcotics purchases from WILLIAMS. All three controlled purchases occurred at 65 Duke Drive Welch, WV 24801. The CI purchased quantities of Crack Cocaine and Heroin from WILLIAMS. A lab analysis indicated the Heroin purchased from WILLIAMS contained fentanyl.

11. On May 22, 2023, SRDVCTF agents executed a search and arrest warrant at 65 Duke Drive, Welch, WV 24801. WILLIAMS was located inside the residence and was arrested. During the search of the residence, evidence was seized to include $769.00 in U.S. currency, an unknown substance in the shape of a large bar, two Smith and Wesson handguns, and a Night Owl surveillance system hard drive. WILLIAMS has previously been convicted of a crime punishable by a term of imprisonment exceeding one year. Charges for this conduct are pending in the SDWV.

12. On November 15, 2024, agents interviewed Kacy Satterfield. In late October or early November 2023, Satterfield was friend requested by Terry HEADEN through Facebook (FB) Messenger. According to Satterfield, HEADEN's FB profile was a picture of himself. Through FB Messenger, HEADEN said he could sell Satterfield pounds of Crystal Methamphetamine (ICE). The next day, Satterfield traveled from Coeburn, VA, located within the WDVA, to Welch, WV. HEADEN provided Satterfield directions to Duke Drive

in Welch, WV. Satterfield described how there is an open area (wide spot) at the beginning of Duke Drive with a basketball goal. There are three houses on Duke Drive, and Satterfield always went inside the middle house to purchase ICE from HEADEN, known to agents as 65 Duke Drive, Welch, WV. Satterfield purchased two to four pounds of ICE and half to one ounce of fentanyl (blue in color), twice a week from HEADEN, from early November 2023 until Satterfield was arrested on December 28, 2023. Satterfield estimated he purchased ICE a total of eight to ten different times from HEADEN. HEADEN was charging $2,300 per pound of ICE and $700 per ounce of fentanyl. Satterfield believes the Duke Drive house is HEADEN's residence. HEADEN drove a white Challenger Hellcat. Every time Satterfield traveled to Welch, WV to purchase ICE from HEADEN, Satterfield saw firearms present at the Duke Drive residence, including a Glock pistol sitting on the couch and an AR style rifle in the living room. HEADEN told Satterfield he would take guns or cars in on trade for ICE. According to Satterfield, HEADEN's sister (who agents know to be TAYLOR) delivered the ICE on two occasions. Satterfield described HEADEN's sister as a light skinned black female, thick build, tall, with long black hair who drove a black Dodge Charger with a pink stripe. Agents showed Satterfield a picture of TAYLOR. Satterfield identified the picture as HEADEN's sister. On two occasions, Satterfield pulled up to the Duke Drive, Welch, WV residence. Simultaneously, TAYLOR pulled up to the residence driving a black Dodge Charger with a pink stripe. Satterfield observed TAYLOR exit her vehicle holding two pounds of ICE and carried it into the residence. Satterfield said the ICE TAYLOR carried was packaged exactly how he purchased it from HEADEN, in separate one-pound Ziplock baggies with a red zipper. HEADEN gave Satterfield his cell phone number, 304-888-1040. This cell phone number is associated with HEADEN through AT&T and HEADEN's CashApp account. Agents reviewed text message conversations between Satterfield and HEADEN (304-888-1040), from December 17, 2023, to December 27, 2023. Text messages corroborate Satterfield's statement. The following is only a selection of the conversation.

<u>12/17/23</u>

a. <u>HEADEN</u>: "*Yo. You Get this. Jed bottom road u will see a white hellcat out front.*"
    i. I know HEADEN owned and drove a white Hellcat.
    ii. Duke Drive Welch, WV is a road connected to "*Jed Bottom Road.*"
b. <u>Satterfield</u>: "*We down here.*"

<u>12/18-19/23</u>

a. <u>Satterfield</u>: "*Hey bro, I'm trying to come see you again. What's up.*"
b. <u>HEADEN</u>: "*When you tryin come.*"
c. <u>Satterfield</u>: "*You want me in the morning time right?*"
d. <u>HEADEN</u>: "*Yeah damn u sold 2 that fast.*"
    i. I believe this shows Satterfield purchased two pounds of ICE from HEADEN during their first transaction.
e. <u>Satterfield</u>: "*Yeah I told you. I got one and bro got the other one. Bro I be there 3 times a week. I told you that's the money.*"

f. HEADEN: "*That's crazy but how many u need. Lmk.*"
g. Satterfield: "*I probably want 3 maybe 4. I'll let you know tomorrow Im just giving you the heads up. I'll let you know tonight if I'm coming or not. Is in the morning cool or you wanna wait till Wednesday.*"
h. HEADEN: "*You tryin do 23 a piece last time I didn't make nothing at all bro than next time I'll do 2 a piece. We can go back and forth so we both profit u feel me.*"
    i. According to Satterfield, HEADEN charged $2,000 per pound of ICE during their first deal. HEADEN raised the price to $2,300 per pound after the first deal.
i. HEADEN: "*Ok lmk for sure. Get u some food boo.*"
    i. I believe "*food*" is Fentanyl.
j. HEADEN: "*You can come tomorrow for sure. 23 a piece tho and you want 3 right.*"
    i. I believe they are referring to three pounds of ICE at $2,300 a pound.
k. Satterfield: "*Yeah I want 3. We coming tomorrow what's the best time to show up.*"
l. HEADEN: "*Ok and like 2 if that's cool.*"

13. Satterfield returned to the WDVA to redistribute the ICE and fentanyl he purchased from HEADEN.

14. On September 12, 2024, November 21, 2024, and March 24, 2025, ATF SA Levesque obtained search warrants for HEADEN's Facebook (FB) Account (User ID: 100000518062591) through Meta Platforms, Inc. Additionally, search warrants were obtained on June 17, 2025, for TAYLOR's FB Account (User ID: 100030622418961), and WILLIAMS's FB Account (User ID: 157670557). Certain FB messages contained in this affidavit were provided by Meta Platforms, Inc., pursuant to the search warrants.

15. Agents reviewed FB messages between Terry HEADEN and FB Accounts "Dougie McCoy," and "Leah McCoy." Through this investigation, "Dougie McCoy" was identified as Gerald McCoy. McCoy used his and Leah McCoy's (girlfriend) FB accounts to communicate with HEADEN. According to the messages, McCoy traveled from the WDVA to Welch, WV on numerous occasions between January 2024 and March 2024 to purchase methamphetamine and fentanyl from HEADEN. The following are a selection of the FB messages between HEADEN and MCCOY.

January 6, 2024

a. McCoy: "*On my way what's the ticket on 1 ½.*"
b. HEADEN: "*Hold on tryin get it and it's only 1. 25. It's dry bro can't find none rn. My dude said he had it but go rid of it.*"

i. I believe McCoy was asking HEADEN the price, "*ticket*", that one and a half pounds of ICE would cost. HEADEN responded, "*25*," meaning $2,500 for one pound of ICE.

January 28 to February 3, 2024

a. HEADEN: "*How much you tryin get?*"
b. McCoy: "*At least 2. What's the tag.*"
    ii. I believe "*tag*" is price.
c. HEADEN: "*Yoo could u come in the morning around1? And they would be 22 a piece. Each. So 4400. For both.*"
    iii. I believe "*22 a piece*" is $2,200 for one pound of ICE.
d. HEADEN: "*You got it all on cash app?*"
e. McCoy: "*Nah just a band.*"
    a. I know "*band*" is $1,000.
f. HEADEN: "*Ok that's cool bro long as it's not the whole 6K lol. OK I'll have 3 for u. "Didn't u say u want 3 cause that's all I got.*"
g. McCoy: "*And that soft. 3 ½.*"
h. HEADEN: "*Only got 3 and I got the soft for u.*"
    iv. I believe that McCoy drove from Wise County, VA to Welch, WV to purchase three pounds of ICE and a half ounce of fentanyl from HEADEN for $6,400.

February 5-7, 2024

a. McCoy: "*6500 what can u do with that.*"
b. HEADEN: "*2 and half plus 3 extra for 6500.*"
c. McCoy: "*K soft?*"
d. HEADEN: "*Didn't know you wanted some I'll see in the morning what was you tryin get of that? Prolly can't get it but might as well grab the 3 ps I got for 7500. You at McDonald's. I'm here bro.*"

February 15-19, 2024

a. McCoy: "*What's the tag on 3.*"
b. HEADEN: "*23.*"
c. McCoy: "*OK I'll need 2 ½ I got 58. Ima leave here about 7 or 9 everything is still straight right. Here.*"
d. HEADEN: "*Come on I'm here.*"
e. McCoy: "*OK. I'm leaving here by 7 be there by 11 or so. I got almost 6.*"
f. HEADEN: "*Ok 5750 will get u 2 and a half.*"
g. McCoy: "*66 will get the whole 3 so get three and I'll have 6 and owe u the rest. Does that sound good.*"

h. HEADEN: "*Yeah that's cool.*"
i. McCoy: "*Leaving now. On my way! Hey I'm coming in back way can I come by the house instead of McDonald's.*"
j. HEADEN: "*Yeah I'm here wya now?*"

February 21-22, 2024

a. HEADEN: "*Man my dude in Va said he was go have it this morning.*"
b. McCoy: "*On my way.*"
c. HEADEN: "*Go to McDonald's first I'm waiting on them to pull up.*"
d. McCoy: "*Wait here until u tell me.*"
e. HEADEN: "*Yeah don't want u sitting here and the police pull up you to valuable lol. Bout 15 minute I'll let u know when to leave. You can come up now bro. This was 46. Lmk when you make it back.*"

16. Messages indicate that McCoy drove to Welch, WV on or about February 28 or 29, 2024, to purchase five pounds of ICE from HEADEN for $11,000.

March 1, 2024

a. HEADEN: "*2K if u grab 5. Not making nothing want you to go ahead and get right I'll make mines on other people. You coming in the morning?*"
b. McCoy: "*I'm gonna try im counting my money now. I'm leave here about 6:30.*"
c. HEADEN: "*Bet I'm here.*"
d. HEADEN: "*You good? Next time take it off cash app my shit getting to loaded Lol.*"
e. McCoy: "*K.*"

17. On March 2, 2024, Wise County (Virginia) Sheriff's Office (WCSO) Deputies arrested Gerald McCoy and Wesley Ramos inside Danny Dearry's residence 308 North Street, NE, Coeburn, VA. During the arrest, deputies located 285.27 grams of ICE in a bed where Ramos was located. Ramos told agents that the ICE found in the residence was purchased by McCoy in West Virginia. A Virginia lab analysis certified the ICE located in the residence was found to contain methamphetamine. HEADEN and Leah McCoy exchanged several FB messages while McCoy_was in jail. HEADEN offered to help Leah McCoy pay for McCoy's bond.

18. According to information provided by the Southwest Virginia Regional Jail (SWVRJ), McCoy bonded out of jail on March 20, 2024. According to FB messages, McCoy_continued to travel from SWVA to Welch, WV to purchase ICE and fentanyl from HEADEN.

March 24, 2024

a. McCoy: "*Same same I need to come that way I got 3 on me had to pay some bills and get a new phone and shit.*"
b. HEADEN: "*Hell yearh leave whenever you want bro. And you wanna just wait on them guns don't want you to get caught with them.*"
c. McCoy: "*It's up to you if u want me to grab them or if u want me to wait. But I got 3 cash for sure.*"
d. HEADEN: "*We can wait on them bro I'm go for sure get them tho. But leave now if u want my guy.*"
e. McCoy: "*Call me on my cell real quick. Boost 1 423-796-9214.*"
   - A law enforcement database shows phone number 423-796-9214 to be associated with Gerald McCoy, 10227 River Bend Rd. Coeburn, VA 24230.

19. According to records subpoenaed by agents and provided by Square, Inc., from February 7, 2024, through June 22, 2024, McCoy transferred HEADEN approximately $13,185 through Cash App on 12 separate dates.

20. On January 4, 2024, and January 29, 2024, agents with the SVDTF used a CI to purchase ICE from Eric Mullins in the WDVA. A Virginia State lab analysis determined that all the ICE purchased from Mullins was found to contain methamphetamine.

21. Between May 3, 2023, and July 16, 2024, agents with the SVDTF used multiple CIs on five separate occasions to purchase ICE and three firearms from Stephen Stewart, AKA: "Stymie". The controlled purchases took place in the WDVA. A Virginia State lab analyzed and determined that all the ICE purchased from Stewart was found to contain methamphetamine.

22. On July 18, 2024, during the execution of a search warrant on Stewart's residence, investigators seized Mullins' cell phone, and a subsequent search was conducted, also pursuant to the search warrant. During the search of the cell phone, law enforcement identified FB messages between an account believed to be operated by Mullins and HEADEN's FB account. According to messages, Mullins traveled from SWVA to Welch, WV on numerous occasions between June 2024 and July 2024 to purchase ICE and fentanyl from HEADEN. The following are a selection of the FB messages between HEADEN and Mullins.

June 27-28, 2024.

a. HEADEN: "*Oh I got some fire food take a 2 and whatever else.*"
b. Mullins: "*Yea I can fuck with that but need go too.*"
c. HEADEN: "*Got that to. Got whatever lol. You near Dougie McCoy?*"
   i. I believe "*Fire food*" is code for fentanyl, and "*Go*" is ICE.
d. HEADEN: "*Yeah bro come fw me I got u and you know dougie McCoy?*"
   i. I believe "*Dougie McCoy*" is Gerald "Flo" McCoy.

e. Mullins: "*Yea tha's my home boy he just got hit cpl nights ago. He locked up.*"
f. HEADEN: "*Damn can u take over on his part he was getting pounds.*"
    i. I believe HEADEN is asking if Mullinscan purchase pounds of ICE like McCoy.
g. Mullins: "*Yea a lot of it was my bread anyway. I'm the one he was getting food for.*"
h. HEADEN: "*What was he charging u. And yeah maybe u can take over.*"
i. Mullins: "*He'll yea bro imma try get this shit off real quick and I'm gonna be hollering at ya.*"
j. HEADEN: "*Bet for sure bro don't cap I got good numbers.*"
k. HEADEN: "*Already what was he charging on the cream?*"
l. Mullins: "*24*"
m. HEADEN: "*Damn I was charging him 25. He wasn't making nothing. Hell yeah but I got the lbs for 25. He was at least bringing 30K a month or more.*"
    i. I believe HEADEN was charging McCoy 2,500 for a pound of ICE, and McCoy was spending $30,000 a month with HEADEN.
n. Mullins: "*That's what's up I was planning on leaving out early in the morning anyways shit my number is 2766393147 so you can hmu not on here and lmk where I be coming to.*"
    i. I know phone number "*2766393147*" to be used by Eric Mullins.

July 2-3, 2024.

a. Mullins: "*Hey bro my rides here I'm getting my shit together and ima head out ur way.*"
b. HEADEN: "*Duke drive Welch Wv. How far u away. How much u bringing 2 bands?*"
    i. I believe HEADEN is referring to 65 Duke Drive, Welch, WV.
c. HEADEN: "*Bet I do lbs for 25 so u want one plus over bet bro.*"
    ii. I believe HEADEN is saying he will sell a pound of ICE for $2,500.
d. Mullins: "*He'll yea that's strait bub I lyk when I head ur way. Yea we heading out now.*"
e. HEADEN: "*Man bro it's way to late gotta come tomorrow. Police already riding back and forth. Get a room close if u can bro my word I'll give extra zip just cause. Yeah I'll get up early for u bro just wanna protect the money frfr don't want u to get hit.*"
    i. I believe a "*zip*" is code for an ounce.
    ii. During this investigation, agents interviewed several CSIs who stated that HEADEN would not sell drugs too late in the day or at night.
f. Mullins: "*Good lookin out bub frand might need grab some food too if possible.*"
    iii. I believe Mullins is asking if his friend can purchase fentanyl "*food*" also.
g. HEADEN: "*Yeah I got that to just gotta cut it when u get it.*"
h. Mullins: "*How much is the food.*"
i. HEADEN: "*2k a zip but u can but a ball put 3 balls on it and it's still good. Or a zip and put 3 zips on it.*"
    iv. I believe HEADEN is telling Mullins how to cut the drugs.

j. Mullins: "*Dam it that good. Anyway I cam just get food with whatever I got past the bo.*"
k. HEADEN: "*Yes bro it's that good bro don't like selling it to anyone that don't cut it at least put 1 and a half on it and yeah I got u my guy.*"
l. Mullins: "*Hey bro just lmk when u get up I'm at the Pocahontas motel.*"
    v. I believe Mullins is referring to the Pocahontas Motel located in Welch, WV.
m. HEADEN: "*Shit bro I gotta watch my son that's why I said early. I can see if my home boy can come out hold on. He said bout 30 min.*"
    vi. I believe HEADEN is sending a friend to deliver the drugs to Mullins.
n. Mullins: "*Bet. Just tell me where.*"
o. HEADEN: "*Same spot I told u u can come. He ready for I*"
p. Mullins: "*Here. I thiqq.*"
q. HEADEN: "*I told him.*"

23. A series of FB messages indicate Mullins_made additional trips to purchase pounds of ICE and ounces of Fentanyl from HEADEN on July 8 and July 15, 2024. In FB messages, HEADEN explained to Mullins how to "*cut*" fentanyl using Mannitol, which is an agent dealers use to mix drugs. Mullins cell phone was seized by law enforcement on July 18, 2024.

24. On July 18, 2024, during the execution of a search warrant on Stewart's residence, agents interviewed Lisa Poole. Poole said Gerald "Flo" McCoy was going to a residence on Duke Drive in Welch, WV to purchase ICE. Poole described the residence as the second house on the left on Duke Drive, known to agents as 65 Duke Drive, Welch, WV. Poole showed agents the FB profile of Terry HEADEN, who was McCoy's ICE source in WV. Poole traveled with McCoy to the 65 Duke Drive, Welch, WV in Welch, WV in May or June 2024 to purchase pounds of ICE. Poole said there was a white Dodge Charger or Challenger parked in front of the Duke Drive residence.

25. On July 25, 2024, Big Stone Gap, VA police officers arrested Eric Mullins and Jonathan Lake during a traffic stop. Inside the vehicle, officers located $4,000 cash, a loaded pistol, two sets of scales, two bags of a clear crystal substance, and one bag of a tan powder substance. Mullins stated the substances were ICE and heroin/fentanyl. Mullins stated he purchases drugs from a dealer in WV. Officers located a bag that had been thrown from the vehicle prior to the stop. Inside this bag, officers located a set of scales with the name "Eric" written on them. Additionally, a baggie of ICE was found in the bag. Two zip lock bags of white crystalline material seized during the arrest were submitted to the Virginia Lab. The lab analysis determined one bag seized from a backpack located inside the vehicle to be 6.768 grams of material, found to contain fentanyl and ketamine. The second bag seized from a backpack believed to be thrown from the vehicle was determined to be 27.246 grams of material, found to contain methamphetamine.

26. On July 26, 2024, agents interviewed Mullins. Mullins told agents the WV ICE source's first name is Terry, which is known to agents as HEADEN. According to Mullins, HEADEN is a black male who is approximately Mullins' age (30's). HEADEN drives a side by side as well as a white Hellcat (Challenger). HEADEN messaged Mullins through FB. Mullins met HEADEN on Duke Road (Drive) in Welch, WV to purchase ICE. Mullins said the last time he went to see HEADEN was about a week prior to this interview where he purchased a half pound of ICE for approximately $1,200 from HEADEN. Mullins has been to Welch, WV, four or five times to purchase ICE from HEADEN. The amount of ICE purchased each time was around a half pound. Mullins stated there are three houses on Duke Road (Drive), and he went into the middle house each time to make the purchase from HEADEN, known to agents as 65 Duke Drive, Welch, WV. Mullins said the communication between he and HEADEN was through FB Messenger. Mullins said the ICE seized from the red Jeep during the search warrant on Stewart's residence (7/18/24) came from HEADEN. Mullins also said the ICE seized when he was arrested on July 25, 2024, came from HEADEN. Mullins said most of the ICE he has recently been getting has come from HEADEN.

27. The following are selected FB messages between HEADEN and FB Account, "Stephen Stewart," believed to be operated by Stewart.

<u>July 30 to August 2, 2024</u>

a. <u>Stewart</u>: "*Hey bro my homeboy Eric wanted to reach out through me and let you know that he got stopped other night and they got him…He is doing good and appreciates everything and it's been us this whole ride and I'm ready to keep the masses fed down here..Steeler Nation for life.*"
    i. I believe "*Eric*" is Eric Mullins.
b. <u>HEADEN</u>: "*You think u can take over?.*"
c. <u>Stewart</u>: "*I don't have to take over it's already mine…It's only a matter of logistics now bro supply and demand and my inventory issues..*"
d. <u>HEADEN</u>: "*What Eric have upaying and when u wann come I keep it.*"
e. <u>Stewart</u>: "*We split evenly I learned more on the fast side but I did occasionally go the slow route also…Twe and a half bands on the first and the slower side I'm not 100%sure…It will take me bout day to arrange my end so tomorrow evening I think he told me you like in morning hours. My # is 276.639.3409 and about everyone calls me Stymie.*"
    i. I know "*Stymie*" is a nickname for Stephen Stewart.
f. <u>Stewart</u>: "*How early can I roll in and I'll have 3 or 4 bands. Im looking for as much as that will get me and I'm needing slow also.*"
g. <u>HEADEN</u>: "*Just lmk when u leaving. I'll give you address.*"

28. On August 3, 2024, Mullins called Stewart from jail. Mullins asked if Stewart had gone to see HEADEN. Stewart said he was almost there, indicating he was currently on the way to see HEADEN in Welch, WV.

29. On August 7, 2024, agents interviewed Jonathan Lake. According to Lake, Gerald "Flo" McCoy's ICE source in WV reached out to Mullins after McCoy was arrested in June 2024. In July 2024, LAKE began driving Mullins to this source in Welch, WV to purchase ICE. LAKE drove Mullins to this source four times. Lake described the source as a black male, between 6'4" and 6'5", a fade buzz haircut, tattoos on his face and neck, and short facial hair. Mullins was paying $2,500 for a pound of ICE from this source. Mullins purchased one pound of ICE and an 8-ball (3.5 grams) of fentanyl the first time and it gradually increased. Mullins purchased at least one pound of ICE each trip. Lake said the source lived in the second of three houses on the left on Duke Drive in Welch, WV, known as 65 Duke Drive, Welch, WV. Lake would park in a wide spot on Duke Drive, beside a basketball goal. Lake has seen a white Hellcat (Challenger) parked at 65 Duke Drive, Welch, WV. The last trip they made to WV was one week prior to this interview. During this last trip, Mullins purchased one and a half pounds of ICE and a quarter pound (3 ounces) of fentanyl. According to Lake, Mullins has gone to the WV source 2-3 times without Lake.

30. On August 9, 2024, agents conducted surveillance in Welch, WV. At the known primary residence of HEADEN, 494 Edgewood Avenue, Welch, WV, agents observed a 2019 white Dodge Challenger (63V-179) parked in front of the residence. This vehicle is registered to HEADEN. Later, agents observed the same 2019 white Dodge Challenger driving on WV-103S. The Challenger turned right on Duke Drive, Welch, WV. Agents observed the white Challenger parked in a wide spot on Duke Drive near 65 Duke Drive, Welch, WV. Moments later, Agents observed a black male appearing to be HEADEN driving a Utility Vehicle (UTV), also known as a side-by-side, away from and back to the Duke Drive, Welch, WV.

    a. It is common for narcotics traffickers to use residences other than their primary residence, to sell narcotics from, referred to as a "Trap House." Additionally, narcotics traffickers will use alternative modes of transportation while dealing drugs to elude law enforcement detection.

31. On September 17, 2024, while conducting surveillance, agents observed Stewart at the Walmart in Pounding Mill, VA, located in the WDVA. Stewart, who was carrying a black single strap backpack, walked to an ATM machine. Stewart was then picked up by a light green Hyundai SUV. There were two additional individuals in the Hyundai. Agents followed the Hyundai from the WDVA to Welch, WV. The Hyundai parked on the backside of a McDonalds in Welch. After a few minutes, the Hyundai left McDonalds. Several minutes later, agents observed the Hyundai driving southbound on Highway 103 toward Virginia. Agents followed the Hyundai back to the WDVA. Wise County, VA Sheriff's Office Deputies conducted a vehicle stop on the Hyundai. All three occupants were arrested based on evidence recovered from inside the vehicle. Stewart's black single strap backpack contained a large clear bag of suspected ICE and a bag of powder believed to be fentanyl. The DEA Mid-Atlantic Laboratory analyzed the substances and found one bag contained 15.52 grams of fentanyl and the other bag contained 888.4 grams of methamphetamine with a 97% substance purity.

32. On October 30, 2024, agents reinterviewed Lisa Poole. Poole previously told agents in an interview on July 18, 2024, that she had rode with McCoy to purchase ICE from the 65 Duke Drive, Welch, WV. Since that interview, Poole said she started dating Mullins. HEADEN sent Poole and Mullins FB Friend Requests. POOLE was with Mullins when he communicated with HEADEN on FB Messenger, previously documented in this affidavit. According to Poole, she traveled to Welch, WV with MULLINS and J.C. to purchase ICE from HEADEN. HEADEN told Mullins to get a hotel room and recommended the Pocahontas Motel, 3731 Stewart Street, Welch, WV. POOLE stayed at the motel while Mullins and J.C. went to meet HEADEN. Mullins and J.C. came back with one pound of ICE. FB messages on July 3, 2024, between Mullins and HEADEN corroborate Poole's recounting.

33. FB Messages between HEADEN and an account believed to be utilized by WILLIAMS (Meta User ID: 1576705571) from January 2024 to March 2025, indicate HEADEN and WILLIAMS work together to distribute narcotics in the SDWV, specifically in the Welch, WV area. Their messages often correspond to previous FB messages listed in this affidavit between HEADEN and McCoy, and HEADEN and Mullins. Messages also indicate HEADEN and WILLIAMS obtained firearms during this timeframe. The following is a selection of the overall FB messages between HEADEN and WILLIAMS.

January 2024

a. HEADEN: "*Don don on the way 10.5 for 500.*"
b. HEADEN: "*Dude name Denver coming.*"
c. WILLIAMS: "*The heavy set chick trying come she probably got a band or better.*"
d. HEADEN: "*Mikey coming with your dude take 7 to a zip lol for Mikey.*"
e. WILLIAMS: "*Bout out of water.*"
f. HEADEN: "*Ok I'll grab some out.*"
    i. I believe "*water*" is ICE.

February 2024

a. HEADEN: "*I'll be up early in the morning my dude coming.*"
    ii. I believe HEADEN was setting up a deal with McCoy during this same timeframe.
b. WILLIAMS: "*Quack owe 450. So I don't forget.*"

March 2024

a. HEADEN: "*My boy got outta jail from Va. He coming over tomorrow we go listen to his story lol.*"
   iii. I believe HEADEN was referring to McCoy, who was arrested March 2, 2024, and bonded out of jail on March 20, 2024.

April 2024

a. WILLIAMS: *"I'll be down early. Gotta couple new people that's pose to come tomorrow from va and shit."*
   a. I believe "*va*" is Virginia.
b. HEADEN: *"Give him half a ball Brandon and tell him try that at your crib."*
c. HEADEN: *"Dude coming for zip cream."*
   a. I believe "*cream*" is methamphetamine.
d. HEADEN: *"Dude coming for water he at Wendy's idk what he want. Zip Each."*
e. HEADEN: "*My dude coming now gravely dude. Lmk when u close dude down here. If u can stop at my crib didn't want them waiting in the hood with 34.*"
f. WILLIAMS: "*Coming down rt20. I'm here if anybody hit*"
g. HEADEN: "*Bet. Dude should be coming at like 11 or 1/ 12.*"
h. WILLIAMS: *"Time he coming bro."*
i. HEADEN: "*You in the hood he said he in claypool hill. Bet yeah he just hit Tazwell.*"
   a. Claypool Hill and Tazewell are in the WDVA.
j. WILLIAMS: *"Tell him I'll be there in 40 minutes."*
k. HEADEN: *"Yellow forces? My Room?"*

June 2024

a. WILLIAMS: *"6 a ball. I told dude we'd do em for 5."*

July 2024

a. HEADEN: *"my other boy went to jail that was grabbing the waters."*
   a. Mullins was arrested the day before this message was sent, 7/26/24. Mullins was traveling from SWVA to Welch, WV to purchase pounds of ICE from HEADEN.

August 2024

a. WILLIAMS: "*I talked to the one dude from Kentucky. And dude from haysi. They pose to ride over.*"
   a. Haysi is in the WDVA.
b. HEADEN: "*Get the big scale out the house and put it in my car or the side by side. The big big one.*"

c. HEADEN: "*I coming up tomorrow just need a zip or something to make up for a few people.*"
d. WILLIAMS: "*OK Tez trying come thru. Bitch pose to come for 2 maybe 3 balls. Call me bitch got 7500. Joe owe and ducking ima catch him tomorrow.*"

September 2024

a. HEADEN: "*Idk ig a girl that work in the jail go take it in.*"
b. WILLIAMS: "*Who is the nigga.*"
c. HEADEN: "*Kobe.*"
d. WILLIAMS: "*Niggas be out with no strap. I would've shot the nigga had it been us I definitely would've made sure we was good. I don't go out without my pole.*"
    a. I believe WILLIAMS is referring to a firearm, "*strap*" and "*pole*," in this message.

October 2024

a. WILLIAMS: "*On my way from Walmart in va. Had to go get some pinks. You need any.*"
b. HEADEN: "*Yes prolly come up tomorrow.*"

November 2024

a. HEADEN: "*Might ride up she will bring some I forgot to give u money for them few last time.*"
b. WILLIAMS: "*Yeah how many. I'm charging 5. They getting 7-8 in Grundy for it. Long as niggas ain't got it we can get whatever we want out of it.*"
    a. Grundy, Virginia is in the WDVA.

December 2024

c. WILLIAMS: "*Every mfer I front always get hit. Soon as they start getting right never fails.*"
d. I believe WILLIAMS is saying every time he provides drugs to a customer without receiving money up front "*front*", that person gets arrested "*hit*".
e. HEADEN: "*Shit I hate fronting now and that always happen to me gang.*"

February 2025

a. WILLIAMS: "*Wyo tho. Need some slow. Gotta few plays.*"
    a. I believe "*slow*" is fentanyl and "*plays*" is selling drugs.
b. HEADEN and WILLIAMS spoke on the phone.
c. WILLIAMS: "*I'm bout to come down I been hitting mfers up too. I gotta play coming from va.*"

   a. I believe WILLIAMS is selling drugs "*play*" to someone traveling from Virginia, "*va*"
d. HEADEN: "*Hell yeah wya*"
e. WILLIAMS: "*Trap.*"
   a. I know "*trap*" or "trap house" is a location where dealers sell drugs from.
f. HEADEN: "*You just get up did u hear Feds picked Ap up.*"
   a. I believe "*Ap*" is an individual identified herein by the affiant as "A.P." HEADEN sent this message to WILLIAMS on February 13, 2025. A.P. was arrested by the SRDVCTF on February 13, 2025.
g. WILLIAMS: "*Yeah that's crazy wonder what they got on him. That come with it just gotta be prepared for when it's time.*"
h. WILLIAMS: "*Lewis trying to come. You know he got 6500 on his taxes. I'm trying to keep him right there with us lol.*"
i. HEADEN: "*Lmk I'll catch it can't let it go anywhere else.*"

March 2025

a. HEADEN: "*You got my bread and gun?*"
   a. I believe "bread" is money.
b. WILLIAMS and HEADEN Facetimed.
c. WILLIAMS sent HEADEN a screenshot from a conversation he had with contact name, B.M.
   iv. B.M: "*Wya.*"
   v. WILLIAMS: "*Hvco.*"
   vi. B.M: "*K everything good.*"
   vii. WILLIAMS: Thumbs up emoji.
   viii. B.M: "*on my way now.*"
   ix. WILLIAMS: Thumbs up emoji.
   x. B.M: "*Hey homie that was on point bro thank you.*"
d. WILLIAMS: "*Call me. Got us a couple good plays too.*"
e. HEADEN: "*Got to get em all lol.*"
f. WILLIAMS sent HEADEN a copy of his (WILLIAMS) hunting and fishing license. The license is for Charles John WILLIAMS, Jr., 65 Duke Dr., Welch, WV 24801, DOB: 10/1/1984, DL#: I294903.
   a. Charles "Chuck" WILLIAMS DMV record lists the same information.
      i. Name: Charles John WILLIAMS.
      ii. Primary contact address: 65 Duke Dr. Welch, WV 24801.
      iii. DOB: 10-1-1984
      iv. DL#: I294903
   b. Agents are aware WILLIAMS is a triplet. His brothers are Christopher Williams and Carlos Williams. Information indicates Carlos Williams lives in Kingwood, WV, approximately 240 miles from Welch, WV. Christopher Williams lives in Bluefield, WV, approximately 35 miles from Welch, WV. During surveillance on

65 Duke Drive, agents observed both Charles WILLIAMS and Christopher Williams in the residence driveway at the same time. Agents were able to clearly distinguish the two brothers apart and continue to believe the triplet involved in this drug distribution conspiracy is Charles "Chuck" WILLIAMS. A review of FB messages leads agents to believe WILLIAMS will use the fact that he has two (triplet) brothers to his advantage when dealing with the judicial system. The following are FB messages between WILLIAMS and FB Account S.H on February 12, 2024.

i. WILLIAMS: *"I gotta situation that might pop up. Might need to send you one of these pups bro."*
ii. S.H.: *"Everything good bro?"*
iii. WILLIAMS: *"I'm not trying to hold the line back if I gotta go ima have my shit in order. I'd rather place em where I can come back in the future. Cause I got 5 buys they'll probably offer me 2."*
    1. I believe WILLIAMS is saying if he serves jail time, he wants his dogs in a place where he can get them when he gets out of jail.
iv. S.H.: *"Ok well just keep me posted and let me know. 5 buys?"*
v. WILLIAMS: *"Yeah. I doubt they even got me frfr and ima triplet so its 2 other people that look exactly like me prove which one of us did it lol."*
    1. I believe WILLIAMS is referring to his two twin brothers, Carlos Williams and Christopher Wiliams.
vi. Hawley: *"I gotchu now."*

c. The following are FB messages between WILLIAMS and TAYLOR on October 27, 2024.
i. WILLIAMS: *"So they dropped 2. Then they gone offer me 2-30."*
ii. TAYLOR: *"That's nothing to you."*
iii. WILLIAMS: *"I'm going to trail fuck it. They can't prove anything ima triplet. Ima see if they'll give me a 5 flat. 2 will kill it."*

g. WILLIAMS: *"I've met like 10 people and I told em I'd bring it to em long as they got at least 5K."*
h. WILLIAMS sent HEADEN a picture of a black Glock pistol.

April 2025

a. WILLIAMS: *"Niggas don't want no guns like I'm about to sell my Glocks. Hell no."*
b. HEADEN: *"Big facts fuck em."*
c. WILLIAMS: *"My Wayne county lick trying come thru tomorrow."*
d. WILLIAMS: *"I grabbed what dude had left. Ima go check out this new dude just got home too."*
e. WILLIAMS sent HEADEN a picture of a black Glock pistol.
f. WILLIAMS: *"This gotta be yours,"* referring to the Glock pistol.
g. HEADEN: *"Yeah that's me lol. Big 45."*
h. HEADEN: *"2 big licks already went to jail."*
i. WILLIAMS: *"Damn."*

a. I believe HEADEN is talking about Stephen Stewart and Jonathan Lake, who were arrested that same day (4/22/25) in Wise County, VA on a federal criminal complaint. Stewart and Lake told agents they were supposed to travel to Welch, WV to purchase ICE from HEADEN that day (4/22/25).

j. HEADEN: "*Dude coming.*"
k. WILLIAMS: "*which one. Yeah I saw it to late.*"
l. HEADEN: "*You good go ahead that's u.*"
m. WILLIAMS: "*I'm still gone turn around n give it back lol.*"
n. HEADEN: "*Already I'm about to pick up new people fr gotta get back on my shit bro.*"
o. HEADEN: "*U leave the key? Where the big scales.*"
p. HEADEN sent WILLIAMS a news article about WV increasing penalties for drug-related crimes.
q. WILLIAMS: "*Crazy. Definitely can't let em see us now. Ain't nobody coming in the house no more fuck that.*"
r. HEADEN: "*Rs bro gotta check everyone now. So many more people go snitch.*"
s. WILLIAMS: "*I do 1-5 1-15 that 10-40 got damn. That's 10 in the state least the feds live way better and you can still get a bag.*"

May 2025

a. WILLIAMS: "*3 sheriff's at the light. Hell yeah can't hustle down here right now might as well go utr and hit the ones I can. N ima go post up in Romeo trap lol and I know my dog bite harder. Ima get some more people. Dude said u need to get what he got. Nigas was sick about it.*"
b. HEADEN: "*What? Who*"
c. WILLIAMS: "*One of romeo friends. Once I gave him a sample. Ima force nihgas to get in wit us. It's way better.*"
d. HEADEN: "*Got to fr.*"
e. WILLIAMS: "*Facts. Watch me build it.*"
    a. I believe WILLIAMS is saying he is going to sell his drugs at another person's "*romeo*" trap house. WILLIAMS believes his drugs are stronger "*my dog bite harder*" and he will take customers away from romeo.

June 2025

a. WILLIAMS: "*bro got some.*"
b. HEADEN: "*Who.*"
c. WILLIAMS: "*Frank.*"
d. HEADEN: "*Hell yeah u wanna ride up in a lil bit?*"
e. WILLIAMS: "*Yeah.*"
f. WILLIAMS: "*I had to bring dude something he was walking from Sandy huff. Quick 550. I rode my bike shit gotta do what you gotta do sometimes.*"
g. HEADEN: "*lol long walk.*"

h. WILLIAMS: "*Wasn't no bad ride either. N I been talking to a couple of my old people thas just getting out from Richlands and Grundy. We get back rolling and we can chill some.*"
i. WILLIAMS: "*I'm about to go to the hood myself. Has to meet a couple mfers. This one spot got potential to jump if dude got his mind right we can smack em real quick. Got my Bluefield licks coming down here.*"
j. HEADEN: "*Hell yeah gotta pull them in.*"
k. HEADEN: "*Wya need some scales. I'm at your crib.*"

34. On January 8, 2025, a Roane County, WV Circuit Court issued a court order authorizing agents to electronically intercept communications with telephone number, 304-888-6913. According to records provided by AT&T, HEADEN was the financial liable party, billing party, and user of telephone number ending in 6913. However, agents knew the telephone number ending in 6913, was being utilized by A.P., an associate of HEADEN's. On January 10, 2025, the SRDVCTF began monitoring communications on A.P.'s phone ending in 6913.

35. On February 3, 2025, at approximately 10:42am, the SRDVCTF intercepted a phone call between A.P. (telephone number ending in 6913) and C.H. (telephone number ending in 1499). Through their investigation, the SRDVCTF believed C.H. was managing a "Trap House" for A.P. at 35 Apple Valley Lane, Gary, WV. Agents also believe C.H. was utilizing a residence across the street, 26 Apple Valley Lane, to store the narcotics. The following is an excerpt from the conversation.

a. C.H.: "*I'm at the crib, I'm in the kitchen, I was pressing up that purple shit.*"
    i. Agents believe C.H. was mixing cutting agents with fentanyl when he stated "*pressing up that purple shit.*"
b. A.P.: "*I got big boy about to drop off something for me, Taylor about to bring some money up there for me and bub. Give them that money and get the bricks. Put the shit up later and bub will get his later.*"
    i. Based on their knowledge of the case and subsequent observations described below, the SRDVCTF knows "*Taylor*" is TAYLOR, and "*Bub*" is HEADEN. The agents know them to be brother and sister.

36. Minutes later the same day, February 3, 2025, at approximately 10:56am, SRDVCTF agents observed a black Nissan sedan arrived at 35 Apple Valley Lane. Based on their investigation, agents believe the Nissan was being driven by T.B., who was delivering the "*bricks*" of fentanyl. At approximately 11:19am, agents observed a black charger with a pink stripe arrive at 35 Apple Valley Lane. This vehicle is known to be operated by TAYLOR. According to the previous phone call, agents believe TAYLOR was dropping off money. At approximately 1:37pm, agents observed HEADEN arrive at 35 Apple Valley Lane driving a side-by-side UTV. HEADEN was observed leaving the residence on the UTV a few minutes later. Based on the telephone calls, observations, and subsequent search warrant, agents believe HEADEN was picking up his share of the fentanyl.

37. Between February 3, 2025, and February 13, 2025, SRDVCTF agents observed C.H. carry bags back and forth between 35 Apple Valley Lane and 26 Apple Valley Lane, Gary, WV.

38. On February 13, 2025, SRDVCTF agents conducted a search warrant at 26 Apple Valley Lane, Gary, WV. Agents seized approximately 11.7 pounds of fentanyl from the residence. A.P. and C.H. were arrested during the operation for conspiracy and distribution charges.

39. On April 22, 2025, McCoy, Mullins, Stewart, Poole, Lake, and Dearry were arrested and charged in the WDVA with Title 21, U.S.C. Section 846, and Title 21, U.S.C. Section 841(a)(1) (conspiracy to distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance).

40. On April 23, 2025, agents interviewed Jonathan Lake following his arrest on a federal criminal complaint in the WDVA. Lake provided in the interview that HEADEN contacted Lake after Stewart was arrested on September 17, 2024, previously documented in this affidavit. HEADEN was worried about Stewart providing information to law enforcement. After Stewart bonded out of jail in early 2025, HEADEN again contacted Lake. HEADEN wanted Lake to come with Stewart because he didn't fully trust Stewart anymore. On April 16, 2025, Lake and Stewart traveled from the WDVA to meet HEADEN at 65 Duke Drive, Welch, WV. Lake waited on the front porch of the residence while Stewart went inside to deal with HEADEN. With the door open, Lake could see Stewart and HEADEN speaking. Stewart walked out of the residence with a pound of ICE and half an ounce of fentanyl. Another male was inside the residence counting money. According to Lake, HEADEN was returning from Miami, FL on the day of this interview. Lake and Stewart were supposed to travel back to Welch, WV that day to purchase narcotics again from HEADEN. Lake identified a picture of HEADEN.

41. On May 9, 2025, during a subsequent interview, Lake identified 65 Duke Drive, Welch, WV as the residence where he and others have purchased ICE and fentanyl from HEADEN.

42. On May 13, 2025, agents were driving southeast on WV-103 S/Riverside Dr. Welch, WV. Agents observed a purple and tan/brown Dodge Challenger (WV Tag: 63V-179) pass them in the left lane. Based off the WV tag number, agents identified the vehicle as HEADEN's 2019 Dodge Challenger.

    a. On October 29, 2024, agents became aware that HEADEN's 2019 white Dodge Challenger was taken to Carolina Customwraps in High Point, North Carolina to be "Wrapped" in a two-tone purple and tan/brown color. A.P. posted a video and pictures of the Challenger at Carolina Customwraps on his FB account, tagging HEADEN. Carolina Customwraps also posted pictures of HEADEN's Challenger on their FB Account.

43. Agents followed HEADEN's vehicle for approximately one mile before it turned onto Duke Drive, Welch, WV. HEADEN's vehicle parked in a wide spot on Duke Drive. A few

moments later, agents observed a black male wearing a gray hoodie walk from the direction of 65 Duke Drive and get into HEADEN's vehicle. Minutes later, agents observed HEADEN's vehicle parked in front of his primary residence, 494 Edgewood Avenue, Welch, WV.

44. On May 15, 2025, a SRDVCTF agent interviewed CSI#1. CSI#1 stated they have been purchasing crack cocaine and fentanyl from a girl they knew as "T". CSI#1 identified a picture of TAYLOR as who they knew as "T". CSI#1 communicates with TAYLOR through Facebook Messenger. CSI#1 meets TAYLOR at a residence in the Havaco area of Welch, WV. CSI#1 pointed out the residence to agents on a map. Agents identified the residence as 65 Duke Drive, Welch, WV. CSI#1 said the last time they purchased drugs from TAYLOR at 65 Duke Drive was a week prior to this interview.

45. On May 16, 2025, agents interviewed Stephen "Stimie" Stewart. Stewart confirmed that Eric Mullins gave him HEADEN's contact name on FB. Stewart then contacted HEADEN through FB and eventually traveled to Welch, WV with Jonathan Lake in August 2024. They drove to the McDonalds in town where they contacted HEADEN again on FB. HEADEN told them to come to Duke Drive. Stewart met HEADEN in the second house on Duke Drive where he purchased a half pound of ICE and some fentanyl for $1,800. Stewart continued to travel to Welch, WV once a week to purchase an average of one pound of ICE and half ounce of fentanyl from HEADEN. Each time, he would go to McDonalds first to let HEADEN know he was in town. Then, he would drive to Duke Drive to meet HEADEN. Agents showed Stewart a picture of the three houses on Duke Drive. STEWART pointed out 65 Duke Drive, Welch, WV as where he would meet HEADEN to purchase the ICE and fentanyl. Stewart always paid in cash, except one time when he sent HEADEN $1,900 through Cash App. According to records provided by Square, Inc., Stewart transferred HEADEN $1,900 through Cash App on August 18, 2024.

46. Stewart provided that he met HEADEN once on the side of Jeb Bottom Road to purchase the ICE and fentanyl, which is the main road off Duke Drive. HEADEN was driving a side-by-side off road vehicle. Another time, when Stewart arrived at Duke Drive, HEADEN had Stewart follow him up Martha Drive which is across the street from Duke Drive. HEADEN was again driving his side-by-side vehicle. They stopped at the last house on the right and went inside. HEADEN retrieved the ICE and fentanyl from a back room before he sold it to Stewart. Stewart was able to identify the house on a map which is 70 Martha Drive, Welch, WV. Stewart went to the residence on Martha Drive one other time. HEADEN said he couldn't personally meet him and instructed Stewart to drive to the residence they had previously met on Martha Drive. Stewart purchased $6,000 worth of ICE and fentanyl from an unknown black male. Stewart said this was the time he was arrested by Wise County, VA Sheriff's Office on September 17, 2024, previously documented in this affidavit.

47. Stewart bonded out of jail in February 2025. Again, STEWART contacted HEADEN though FB. STEWART traveled to Welch, WV with his cousin to purchase a quarter pound of ICE

from HEADEN at 65 Duke Drive, Welch, WV. In early April 2025, STEWART and Lake traveled to 65 Duke Drive, Welch, WV where Stewart purchased 14 ounces of ICE and a couple grams of fentanyl from HEADEN.

48. Between June 12, 2025, and the present day, agents have been conducting periodic surveillance on 65 Duke Drive, Welch, WV. During this surveillance, agents observed the following.

    a. TAYLOR and WILLIAMS at the residence daily. Information indicates WILLIAMS is living at the residence and TAYLOR stays there often.

    b. HEADEN often frequents the residence, driving a purple and tan Dodge Challenger, or another vehicle.

    c. Many different vehicles and individuals are in, out, and around the residence for short periods of time.

        i. Vehicles with WV or VA license plates park in front of the residence, or park in a wide spot near the residence. Agents have observed these individuals, who are often carrying a backpack or bag, enter and exit 65 Duke Drive, Welch, WV. Often, these individuals will only be inside the residence for a few minutes.

        ii. Some individuals will stay in their vehicle while they are addressed by HEADEN, TAYLOR, WILLIAMS, or others who appear to be associated with 65 Duke Drive.

            1. Often, HEADEN, TAYLOR, or WILLIAMS will walk across from 65 Duke Drive, where there is an area of dog pens and outbuildings, before addressing the vehicles. It appears to agents that HEADEN, TAYLOR, or WILLIAMS are retrieving something in that area prior to addressing the vehicles.



*65 Duke Drive highlighted in blue.
*Red arrow shows area of dog pens and outbuilding.



*6/23/25, WILLIAMS across from 65 Duke Drive.



*6/24/25, WILLIAMS appearing to retrieve something across from 65 Duke Drive.



*6/24/25, TAYLOR appearing to retrieve something across from 65 Duke Drive.

2. Additionally, agents have observed HEADEN, TAYLOR, WILLIAMS, and others leave 65 Duke Drive on dirt bikes, four-wheelers, and UTVs, often at the same time different vehicles arrive at the residence. Moments later, HEADEN, TAYLOR, or WILLIAMS will return to the residence to address the individuals.

d. On June 17, 2025, agents observed a Polaris All-Terrain Vehicle (ATV) arriving at the 65 Duke Drive, Welch, WV. A white male exited the ATV and walked into 65 Duke Drive, Welch, WV. The white male was at the residence approximately 4-5 minutes before leaving on the ATV. Approximately 3-4 minutes later, the ATV was stopped by a McDowell County Deputy a short distance from Duke Drive, Welch, WV. The driver of the ATV was identified as CSI#2. The Deputy seized a plastic bag containing a blue substance, believed to be fentanyl from CSI#2. CSI#2 was arrested and transported to the McDowell County Sheriff's Office. CSI#2 told agents he was fronted a half gram of fentanyl from TAYLOR inside the 65 Duke Drive, Welch, WV right before he was pulled over by the Deputy. CSI#2 said there were two additional males inside 65 Duke Drive, Welch, WV, one being WILLIAMS. CSI#2 set the deal up with TAYLOR through FB Messenger. TAYLOR's FB Account has a picture of herself on the profile page, known to agents as FB Account ID: 100030622418961. CSI#2 said he has purchased fentanyl from TAYLOR twice prior to this day. The following are FB messages between TAYLOR and CSI#2 provided by Meta Platforms, Inc., pursuant to a search warrant on TAYLOR's FB Account.

<u>2/27/24</u>

a. <u>TAYLOR</u>: "*Don't you still owe me 50 from that one time that I let you front. I know you gave me 10 on it so 40 right.*"
b. <u>CSI#2</u>: "*Can I ride up. I'm in Goodson cashing checks.*"

<u>10/13/24</u>

a. <u>CSI#2</u>: "*Cash app.*"
b. <u>TAYLOR</u>: "*$hoodzprincess. You can wait on me to pull up in the garage.*"

<u>11/7/24</u>

a. <u>CSI#2</u>: "*What time was you heading over?*"
b. <u>TAYLOR</u>: "*I'm sending my boy I'm done pulling up there he otw if you cashapp it go ahead and do that.*"
   i. I believe TAYLOR is sending another individual to sell drugs for her, also known as a "runner."
c. <u>CSI#2</u>: "*Yo Do I know who it is? They won't fuck with it will they?*"
d. <u>TAYLOR</u>: "*Yesh you do & nah. He leaving now.*"

e. On June 26, 2025, agents observed WILLIAMS exit 65 Duke Drive, carrying what appeared to be a handgun. WILLIAMS later addressed a vehicle in front of the residence. Then, a red sedan parked in a wide spot near Duke Drive. A white male exited the red sedan and walked to 65 Duke Drive carrying a bag. The man met WILLIAMS on the porch and appeared to show WILLIAMS what was in the bag. WILLIAMS then left the residence on a 4-wheeler. WILLIAMS returns a few minutes later and enters 65 Duke Drive, Welch, WV. WILLIAMS then returned to the porch to address the man, then the man leaves.



*6/26/25, WILLIAMS appearing to carry a handgun in his right hand, then addressed a vehicle.



*6/26/25, the individual from the red sedan walking to 65 Duke Drive, carrying a bag.



*WILLIAMS and the same individual on the porch.

f. On July 9, 2025, agents observed TAYLOR and A.B. walk inside 65 Duke Drive, Welch, WV. A.B. was carrying a Ziplock bag that appeared to contain a white powder/crystal substance. A.B. was later observed carrying what appeared to be a handgun in his waistband in front of 65 Duke Drive, Welch, WV.



*A.B. walking inside 65 Duke Drive with a bag of white substance.

g. On the same day, July 9, 2025, agents observed HEADEN carry a bag onto the porch of 65 Duke Drive, Welch, WV. It appeared HEADEN proceeded to wrap a white bag inside two black garbage bags. HEADEN then carried the garbage bag across from the residence where agents have observed he and others go often. HEADEN returned to the residence seconds later without the garbage bag.



*HEADEN appears to wrap a bag on the front porch, then carries it across from the residence.

49. FB Messages between WILLIAMS (Meta User ID: 1576705571) and TAYLOR (Meta User ID: 100030622418961), indicate WILLIAMS and TAYLOR work together to distribute narcotics in the SDWV, specifically in the Havaco/Welch, WV area. The following is a selection of the overall FB messages between TAYLOR and WILLIAMS.

<u>June 2024</u>

a. <u>WILLIAMS</u>: "*Tell mf Dalton got [C.U.] with dope let meth pipes an all let her go Michael from war was with said she told she wire on mf from havaco tell all yo ppl don't serve her with the dude n blue Chevy truck they working.*"
   i. I believe WILLIAMS is giving TAYLOR a heads up that C.U. talked to law enforcement and said she could wear a wire on dealers from Havaco, WV.
b. <u>TAYLOR</u>: "*Ok ok.*"

<u>July 2024</u>

a. <u>WILLIAMS</u>: "*Dude got a 450. Catch my drift.*"
b. <u>TAYLOR</u>: "*Yep. Where.*"
c. <u>WILLIAMS</u>: "*Yeah he was just leaving work he stay in Hurley. He gone call when he on his way. And I'l call you.*"
d. <u>WILLIAMS</u>: "*Couple people trying come thru. Walt leaving from his house and Leanne on the way.*"
e. <u>TAYLOR</u>: "*Okay I'll ride over. I'll be there.*"
f. <u>WILLIAMS</u>: "*One of them there.*"
g. <u>TAYLOR</u>: "*I got him.*"
h. <u>WILLIAMS</u>: "*Leanne there.*"
i. <u>TAYLOR</u>: "*Got it.*"

j. WILLIAMS: "*Walt there.*"
k. TAYLOR: "*What he got you know.*"
l. WILLIAMS: "*100.*"
m. WILLIAMS: "*My address 65 duke drive.*"
n. TAYLOR: "*Just got back from meeting someboy wyd.*"
o. WILLIAMS: "*Bout to go meet somebody. Sid hit me up he got 200.*"
p. TAYLOR: "*He def a rat lol.*"
q. WILLIAMS: "*I might have a play later on. I be hitting him for 1600.*"
    a. I know "*play*" is a term for a drug sale.
r. WILLIAMS: "*You trying fuck with Amy. And my dude [D.E.]. He from Logan tho. Tax his ass 250 a ball all the way down.*"

August 2024

a. WILLIAMS: "*Somebody robbed Dustin dumbass. That's what he get for fuckin with everybody instead of coming to me or you.*"
b. TAYLOR: "*Wyd.*"
c. WILLIAMS: "*Fuckin with op. In the trqp. Bout to put these waters up.*"

October 2024

a. WILLIAMS: "*Bout to go get this package. Hell yeah I was nervous lol. Hell yeah I let it sit a couple hours before I went to dude's crib he don't even know what it is lol.*"
b. WILLIAMS: "*Wyd.*"
c. TAYLOR: "*Riding around collecting wyd.*"

November 2024

a. WILLIAMS: "*Bub pose to be utr at 9.*"
    i. WILLIAMS sent TAYLOR a screenshot of a text message he had with HEADEN. In the message, HEADEN said, "*I'm go try to get up at 9 and I might if it's not raining.*" I believe this confirms HEADEN goes by "*Bub.*"

December 2024

a. WILLIAMS: "*Shaun hit me up Just now.*
b. TAYLOR: "*He tryna trade shit no money lol.*"
c. WILLIAMS: "*Shit ain't nobody go no water.*"

February 2025

a. TAYLOR: "*You want me to be looded in with me? Lmaoo. I'm out here swimming in the charger.*"
    a. I know TAYLOR drives a black charger with a pink strip.
b. WILLIAMS: "*Dude might be coming I'll let you know. And he got like 6500.*"
c. TAYLOR: "Okay."
d. WILLIAMS: "*He said he was coming once he gotta ride.*"
e. TAYLOR: "*Okay III wait on him for a few before I come utr.*"
f. WILLIAMS: "*I'm bout to see when he coming. When you coming utr.*"

March 2025

a. TAYLOR: "*I gotta meet somebody rq.*"
b. WILLIAMS: "*The key is near the top of the step under the cut on the rug.*"
c. TAYLOR: "*Ok good thanks.*"
d. TAYLOR: "*I got a girl coming she blonde show gonna come meet her for me.*"
e. WILLIAMS: "*Ok.*"
f. TAYLOR: "*Show should be pulling up.*"
    a. I know "*show*" is a nickname used by A.B..
g. WILLIAMS: "*Brad on his way. N I need some water for the chick from Va.*"
h. TAYLOR: "*Forgot to tell you a black car was pulled with 2 people in it a bitch was driving by the lights. They is out bad tonight.*"
i. WILLIAMS: "*Ain't nobody ben here in hours.*"
    a. I believe TAYLOR is giving WILLIAMS a heads up that a black car with a female driver was pulled over by police, in case WILLIAMS had just sold them drugs.
j. TAYLOR: "*They got [C.]. At the funeral home. Outside the car.*"
k. WILLIAMS: "*Probably wiring the bitch up.*"
l. TAYLOR: "*Yes.*"
m. WILLIAMS: "*Thank you.*"
    a. It is common for drug dealers to inform other drug dealers when mutual customers get arrested. Drug dealers will not sell to recently arrested customers for fear that those customers are acting at the direction of law enforcement.
n. On the same day, WILLIAMS sent TAYLOR a screenshot from a phone number ending in 8672. From the previous message that day, I believe this phone number is who they referred to as "*[C.]*." The message said, "*Wtf? Just because we got pulled over makes me a rat? I don't get it hell u should knkw me better then that y have known me for years and my family and fuck 12 ain't never even called them my name ain't never been on anyonesnpapper and never will be don't know why ucwould even think that about me fuck a rat I hate them and same sure would never be one.*"
o. WILLIAMS sent TAYLOR three video's and stated, "*Wiggs Tripping.*" In the videos, a black male is strip searching a white female, appearing to look for a "*wire.*" A "*wire*"

is a recording device used by CIs at the direction of law enforcement to gain evidence of criminal activity, often used on drug dealers. It appeared WILLIAMS was the recorder of the three videos.

p. WILLIAMS: "*They wild. But I've got 1300 other than that. His play hit me*."
q. WILLIAMS sent TAYLOR a press release showing five people arrested in McDowell County, WV. WILLIAMS stated, "*They bout to tell*."
r. TAYLOR: "*I want everything mfs owe me im bout to get on bs.*"
s. WILLIAMS: "ima start asking you about certain mfers."
t. TAYLOR: "*Nah I'm bout to get on ass I'm texting everybody*." TAYLOR then sends WILLIAMS a screenshot. I believe this is a list of drug customers who owe TAYLOR money.




u. WILLIAMS: "*Got you if any of em come*."

April 2025

a. TAYLOR: "*If u see bubba get my 500.*"
b. WILLIAMS: "Ok. He said he was otw just now."
c. WILLIAMS sent TAYLOR two separate videos of dogs fighting in what appears to be an organized dog fighting event.
d. WILLIAMS: "*Took Shelby bullshit out in 8 minutes with Lilly listen to the background. Let me get that honeybun*."
e. TAYLOR: "*What ?*"
f. WILLIAMS: "*That's what I told dude we was gambling I told him his shit wasn't gone make it 8 mins she quit around 5 mins tho. Smoked him*."
g. TAYLOR: "*Yeah she a beast*."
h. WILLIAMS: "*Watch dory make this bitch run*."
    a. I believe "dory" is one of WILLIAMS's fighting dogs in the video he sent TAYLOR.
i. TAYLOR: "*You reminiscing I know which one the best now*."
j. WILLIAMS sends TAYLOR another video. The video appears to be a phone screen recording of WILLIAMS and another individual watching a dog fight on facetime.
    a. Based on the videos and subsequent conversation, I believe WILLIAMS is participating in organized dog fights.

k. WILLIAMS: "*See if the pet store got some rabbits I need one.*"
l. TAYLOR: "*Okay & what you gonna do with a rabbit.*"
m. WILLIAMS: "*Give it to trap. Ima have him like my one dog I use to have Zane. Keep his intensity up.*"
    a. I believe "trap" and "Zane" are some of WILLIAMS's fighting dogs.
n. WILLIAMS: "*You in the hood. I gotta couple big plays coming I ain't wanna miss em.*"
o. TAYLOR: "*I'm close but idk where the key at. I thought it was soon as you walk up the steps but it wasn't.*"
p. WILLIAMS: "*Front of the door baby.*"
q. TAYLOR: "*I want my money for the water when I get back too since we being cut throat 200 a o.*"
    a. I believe "water" is ICE, and "200 a o" is $200 an ounce.
r. TAYLOR: "*You'll back door bub if you could.*"
s. WILLIAMS: "*Naw u mad about a mfer texting me that I introduced you too.*"
t. TAYLOR: "*Ap introduced me. I only ever seen you meet Deanna & that's facts. I met Robert thru ap.*"

May 2025

a. WILLIAMS sent TAYLOR a picture of a clear plastic baggie with what appears to be ICE.



June 2025

a. WILLIAMS: "*I gotta qp play otw.*
    a. I believe WILLIAMS is telling TAYLOR he has a customer on the way "*otw*" who is buying a quarter pound "*qp*" of ICE from him.
b. TAYLOR: "*Well way I'll ride out.*"

c. <u>TAYLOR</u>: "*I got my dude coming give him 14 cases of water.*"
d. <u>WILLIAMS</u>: "*Ok.*"

50. The following are select FB Messages between TAYLOR (Meta User ID: 100030622418961) and other FB Accounts which are believed to be utilized by individuals who purchase drugs from TAYLOR. These accounts appear to be operated by individuals who purchase narcotics from TAYLOR.

a. Facebook messages between TAYLOR and "S.R.", believed to be an individual located in Grundy, VA

<u>9/8/24</u>
i. <u>S.R.</u>: "*Need a price for a zip of cram and a ball of work.*"
ii. <u>TAYLOR</u>: "*225 & 200.*"

<u>9/20/24</u>
i. <u>S.R.</u>: "*Ive got 125 for cream and 50 for food.*"
ii. TAYLOR sent a "thumbs up" emoji.
iii. I believe "*cream*" is methamphetamine an "*food*" is fentanyl.

<u>11/2/24</u>
i. <u>S.R.</u>: "*What you gotta have for a ball.*"
ii. <u>TAYLOR</u>: "*200.*"

<u>11/26/24</u>
i. <u>S.R.</u>: "*Bars. I got 26.*"
ii. <u>TAYLOR</u>: "*You talk to dude already?*"
iii. <u>S.R.</u>: "*Yeah e ain't want em. Im coming over there in the morning I'll bring em if you'll take em.*"
iv. <u>TAYLOR</u>: "*Are they real.*"
v. <u>S.R.</u>: "*Lord yeah I don't fw anything pressed.*"
vi. <u>TAYLOR</u>: "*I take em so if they not real lmk now. How much & you wanna trade right.*"
vii. <u>S.R.</u>: "*Yeah and 5$. Any cream? Or soft.*"
viii. <u>TAYLOR</u>: "Soft. Both actually."
ix. <u>S.R.</u>: "*Alright idk I may just half it up half cream half soft.*"
    i. I believe "*soft*" is fentanyl.

<u>4/30/25</u>
i. <u>S.R.</u>: "*Yo you still doing anything.*"
ii. <u>TAYLOR</u>: "*2 a basketball.*"
iii. I believe "*basketball*" is a term for an 8-ball, or 3.5 grams.
iv. S.R.: "*Okay word I'll holler in a day or 2 mostly been fw cream.*"

v. TAYLOR: “*I'll do 150.*”
vi. S.R.: “*Okay word I'll holler at you soon how much on a zip of cream.*”
vii. TAYLOR: “*Ion got that rn.*”
viii. S.R.: “*What color food you have.*”
ix. TAYLOR: “*Blue.*”
x. S.R.: “*150? I'ma try to come tomorrow.*”

5/2/25

i. TAYLOR: “*When you trying to come?*”
ii. S.R.: “*Maybe in a few hours if I can get 75 can you let me front the other half you know I've always got you your bread.*”
iii. TAYLOR sent a thumbs up emoji.
   i. I believe “*bread*” is money.

5/22/25

i. S.R.: “*Price for a zip. Lmk something so I can tell these mfers lol.*”
ii. TAYLOR: “*250.*”

5/26/25

i. S.R.: “*I'm gonna try and get over today if ride shows up but I got enough for a ball and would you let me front a ball as well like we used to.*”
ii. TAYLOR: “*Ok. I'm not fronting nothing. We don't even see each other enough for that. You can get back to that stage tho.*”
iii. S.R.: “*Yeah I'm coming in the morning got around 3. How much a ball of cream.*”
iv. TAYLOR: “*250*”
v. S.R.: “*Of cream.*”
vi. TAYLOR: “*40.*”
vii. S.R.: “*Ohh lol. Alright. I'll message you in the morning I think 260 food 40 cream.*”

6/12/25

i. TAYLOR: “*Come over here and I'll front get you started buy you gotta pay.*”
ii. S.R.: “*Hell yeah I appreciate that and I give yo my good word I'll pay you it'll be a few days before I can get there but I'l do my best. You got cream.*”

b. Facebook messages between TAYLOR and “Q.J.” a/k/a Q.A.S.

1/1/24

i. Q.J.: “*how much u charge him for some to check out. He trynna get on some tn.*”
ii. TAYLOR: “*What he got. Tell him walk up I'll let him try. You know where we met.*”
iii. Q.J.: “*non rn he trynna figure out so he can try put suhm together.*”
iv. TAYLOR: “*Tell him walk up I won't charge.*”

v. Q.J.: "*ight bet. If it's good I''a fw you tm my new card came I jus gotta go pick it up and I'a spend wit u. The last was straight too but we be up there in a second.*"

1/15/24

i. Q.J.: "*you good on food?*"
ii. TAYLOR: "*Always.*"

1/19/25

iii. Q.J.: "*Can I cashapp u? got 30.*"
iv. TAYLOR: "*$amazingone30.*"
   i. I know "$amazingone30" is a Cash App Account associated with TAYLOR.
v. Q.J.: "*ight I need 15 work and 15 food.*"

1/30/25

i. Q.J.: "*yo u still good.*"
ii. TAYLOR sent a thumbs up emoji.
iii. Q.J.: "*Can I come grab 50.*"
iv. TAYLOR sent a thumbs up emoji.
v. Q.J.: "*Bet be there in a few I'll hit u when I'm comin up the hill.*"
vi. TAYLOR sent a thumbs up emoji.
vii. Q.J.: "*U want me to walk down or meet u at the lil trap spot.*"
viii. TAYLOR: "*You got 50.*"
ix. Q.J.: "*Yeah. "What u want me to do?*"
x. TAYLOR: "*I'm coming up.*"

c. Facebook messages between TAYLOR and "H.G." a/k/a H.M.V.

5/26/24

i. H.G.: "*you got any smoke. I need a dime of smoke and a dime of hard and a dime of chow..*"
   1. I believe "*hard*" is methamphetamine.

6/3/24

i. H.G.: "*Will you pls come up here for 100.*"
ii. TAYLOR: "*Yeah. You got it forsure?*"
iii. H.G.: "*Yes. Make sure it's good food.*"

6/9/24

i. H.G.: "*I can come later. I got 100. Is the chow good?*"
ii. TAYLOR sent a thumbs up emoji.
iii. H.G.: "*Okay bc it ain't mine. I'll get up with you later when I leave. I need half and half work and chow.*"
iv. TAYLOR sent a thumbs up emoji.

v. H.G.: "*I'm leaving now. Coming through north Welch. I'm here.*"

<u>6/14/24</u>

i. H.G.: "*Could you come to me for 100$?*"
ii. <u>TAYLOR</u>: "*Not Pineville no.*"
iii. H.G.: "*Damn. I have 75$ and no ride. My mom is sick af, I need like a 40 and a 20 I would also pay your gas. Nvm nvm I got a ride. You in the same spot right. Be about an hour or two.*"
iv. TAYLOR sent a thumbs up emoji.

d. Facebook messages between TAYLOR and "A.S."

<u>1/1/24</u>

i. <u>A.S.</u>: "*Good on work. You do me 150 on the go.*"
ii. <u>TAYLOR</u>: "*Yeah. Just you tho nobody else.*"

<u>1/7/24</u>

i. A.S.: "*Omw.*"
ii. <u>TAYLOR</u>: "*How much.*"
iii. A.S. called TAYLOR.
iv. A.S.: "*Coming up the hill. In a silver four runner. Im here.*"

<u>1/10/24</u>

i. A.S.: "*Coming up the back hill now.*"
ii. <u>TAYLOR</u>: "*500. 150 on the work this time.*"

<u>1/16/24</u>

i. <u>TAYLOR</u>: "*you need ice cream 2?*"
ii. A.S.: "*I mean yeah....but I was fixing bout to go on a trip in a few hours and had a couple people to get right before I left.*"
iii. <u>TAYLOR</u>: "*I can prolyl send you to chuck what's the order.*"
    i. I believe TAYLOR is referring to WILLIAMS.
iv. A.S.: "*Give me a min let me see. Whats the ticket? On hard and go.*"
v. <u>TAYLOR</u>: "*Idk what he chargin fr. Hold on.*"
vi. A.S.: "*Ok. It aint no more then 2 is it?*"
vii. <u>TAYLOR</u>: "*Mf taxing fuck him.*"
    i. I believe "taxing" is a term dealers use for raising the price or charging too much for an amount of drugs.

<u>1/21/24</u>

i. A.S.: "*Im about to come your way.*"
ii. <u>TAYLOR</u>: "*What's the order.*"
iii. A.S.: "*I need a b and half work....You reckon you get. Me good on on that g this go around?? And then need a zip go.*"

iv. TAYLOR: "*Next go round I got you on the wrk. You need a basketball & a half or ahalf a basketball? I can do that g this go around. Half work as in 14?*"

2/4/24

i. A.S.: "*Just pulled in wendys.*"

ii. TAYLOR: "*Wait right there. Call my phone. 3043201945. Lmk when you otw back. You ain't send that 270 on Chasapp.*"

   i. I know phone number, 304-320-1945, to be utilized by TAYLOR.

e. Facebook messages between TAYLOR and "B.O."

5/12/24

i. B.O.: "*I'm in Welch had to come visit Preston at Stevens center trying to get some food. Hit me back if you can I'm at Wendy's.*"

ii. TAYLOR: "*How much.*"

iii. B.O.: "*A ball.*"

iv. TAYLOR called B.O.

v. B.O.: "*Yo there's police here. Parked. I can meet you somewhere else. Ight I'm in my gold crv.*"

f. Facebook messages between TAYLOR and "J.D."

1/13/24 to 1/15/24

i. J.D.: "*Zip cream 70 girl.*"

ii. TAYLOR: "*Stop calling me mf. I don't' run on your time.*"

iii. J.D.: "*I'm at chucks. Would u come out in lil for ball.*"

   i. I believe J.D. is referring to WILLIAMS.

iv. J.D.: "*If u pop out I got 60 more.*"

v. TAYLOR: "*Chuck home. If he is walk down there & wait on me.*"

3/1/24

i. J.D.: "*U got girl.*"

ii. TAYLOR: "*Yea.*"

iii. J.D.: "*Can u pull up. For 60.*"

iv. TAYLOR: "*Yeah.*"

g. Facebook messages between TAYLOR and "M.D."

1/9/24

i. TAYLOR: "*It wasn't nothing against you my mom just fucked up all around & I got tired of it. I'm sorry & I never pointed the gun at you I just had it on me.*"

ii. M.D.: "*Its ok I thought u was mad at me. U pointed it at my leg an told me to get out of your house.*"

iii. TAYLOR: "*No I did not I had it in my hand I'll never point one at you unless imma use it fr.*"

h. Facebook messages between TAYLOR and "E.L."

1/11/24

i. E.L.: "*Hey I need the same as last time how u doing.*"

ii. TAYLOR: "*call me.*"

iii. E.L. called TAYLOR.

1/14-15/24

i. E.L.: "*Hey I won a zip.*"

ii. TAYLOR: "*I don't got it on me gotta go get it.*"

iii. E.L.: "*Ok I got 200 now. I'm here*"

iv. TAYLOR: "*Be looking white car.*"

v. E.L.: "*Hey this is way under I like you and I would like to keep doing business can u make it right and it has slot of cut in it this has made things really hard for me that was all the money I had and I can't even get half of my money back on that.*"

  i. I believe E.L.is saying the ICE he purchased from TAYLOR weighed less than it was supposed to weigh.

vi. TAYLOR: "*It was 14 but I'll make it right. But you gotta pay that extra 50 because the o 250.*"

vii. E.L.: "*It was like 2 balls and I don't have no money that was all I had and it cut really bad I would not like to you I'm straight up.*"

viii. TAYLOR: "*Bro it was 14. I know what I sent.*"

  i. I believe Taylor sent someone else to deliver the ICE to E.L. for her.

i. Facebook messages between TAYLOR and "L.S."

1/26/24

i. L.S.: "*hey I need you bim by my house at gas station need 40 ice cream and 40of hard. I'm in Welch.*"

ii. TAYLOR: "*Yo come back.*"

iii. L.S. called TAYLOR.

j. Facebook messages between TAYLOR and "P.B."

4/1/24

i. P.B.: "*I'd like to get a 50 at work and a 50 I Food.*"

ii. TAYLOR: "*Okay I can bring it when I get up.*"

iii. P.B.: "*I'm just now getting ready to leave can you meet me at the hospital or can I come to you.*"

iv. TAYLOR: "*Imma be on Hobart st.*"

  i. I know 165 Hobart St., Welch, WV is TAYLOR's primary residence.

4/9/24

i. P.B.: "*Can I get a 50 of work please I can come to you if needed. I have the cash.*"
ii. TAYLOR: "*Yeah but I'll come to you.*"
iii. P.B.: "*Ok cool. This is Jason…Paul's partner. He ran to string and hel'l be right back. He's got the cash. Sterling.*"
iv. TAYLOR: "*I'm coming. You got the money. I'm coming by hospital.*"
v. P.B.: "*Ok. I'll be out there.*"

k. Facebook messages between TAYLOR and "T.N." a/k/a D.J.D.

1/29/24

i. TAYLOR: "*When you coming.*"
ii. T.N.: "*Soon as I get up with him. Zip Soft? Nhard?*"
iii. TAYLOR sent a thumbs up emoji.

2/8/24

i. T.N.: "*I'll be at your uncle's at 551 ill take a quarter of hard if you can meet me there lol.*"
ii. TAYLOR: "*I can meet you somewhere nearby.*"

2/15-16/24

i. T.N.: "*I need it at least a qtr of a work. Tonight*"
ii. TAYLOR: "*Can you Meet in Welch. The hospital.*"
iii. T.N.: "*Can you meet me at freaks. You do me a half for 450.*"
iv. TAYLOR: "*Can't do that my guy.*"
v. T.N.: "*What's the ticket. The last quarter I got was 250. So 500.*"
vi. TAYLOR: "*If you want some flame 500 halftime. Yup.*"
   i. I believe they are discussing quarter-pounds and half pounds of a specific narcotic.
vii. T.N.: "*If you wanna do some swapping.*"
viii. TAYLOR: "*No trading.*"
ix. T.N.: "*I got a 357 and an ar15.*"
x. TAYLOR: "*I can work with the 357 ion want the ar.*"
xi. T.N. sent a video and said, "*That's a 700 dollar 357.*"
   i. I believe they are discussing a .357 handgun and an assault rifle.
xii. TAYLOR: "*I'm good on the ar.*"
xiii. T.N.: "*I'm in gilbert now I got cash and the 357. I'll call you from freaks.*"
xiv. TAYLOR: "*Can you meet me in havaco. Not across the bridge.*"
xv. T.N.: "*No way but I can meet you at rotofield. I got like 800. And the 357.*"

l. Facebook messages between TAYLOR and "D.H."

1/17/24

i. TAYLOR: "*I ask you this all the time but don't you get those around like the first?*"

ii. D.H.: "*Yea I already got them on got snap no more 3rd one they locked my account 4 months done fucking snap but I got u next month I sold all 60 I had sell to chuck but I got u on here now so I can get hold of u I got u this month coming up.?*"
iii. TAYLOR: "*& yeah chuck got me I told him get me some. I got some last month.*"
  i. I believe TAYLOR is referring to WILLIAMS.

3/28/24
i. D.H.: "*Got real perks in.*"
  i. I believe "*perks*" are Percocet pills, a mixture of oxycodone and acetaminophen, a schedule II-controlled substance.
ii. TAYLOR: "*what kind.*"
iii. D.H.: "*7.5*"
  i. I believe "7.5" is referencing the Percocet pills in milligrams.
iv. TAYLOR: "*I want em. How many.*"
v. D.H.: "*I got 80 but my partner want 40 so I have 40 left.*"
vi. TAYLOR: "*Ticket.*"
vii. D.H.: "*10 that lowest I can let them go for cause 10s go 15. But they official perks not off brand.*"
  i. I believe D.H. is selling each 7.5mg Percocet pill for $10 apiece.
viii. TAYLOR: "*Bring me 20 of* em."
ix. D.H.: "*Wya. U at trap.*"
  i. I believe D.H. is referencing a "trap house."
x. TAYLOR: "*I'm in Welch. I'll take all 40 if you got em.*"
xi. D.H.: "*Wya that's better. I hate goin cross that bridge.*"
xii. TAYLOR: "*Hobart st. I'll take them other 20 in the am if you still got em.*"
xiii. D.H.: "*I sold them but when I get more I hit u forsure.*"

51. The following are select FB Messages between WILLIAMS and other FB Accounts which appear to be operated by individuals who purchase narcotics from WILLIAMS.
  a. Facebook messages between WILLIAMS and FB Account L.T.

12/31/23-1/1/24
i. WILLIAMS: "*Ima introduce you to a couple good plays once I get em built up enough. Trustworthy mfers too.*"
ii. WILLIAMS: "*Let me see if he still needs it. He wanted 2 zippers slow.*"
iii. L.T.: "*Oh ok just lmk.*"

1/12/24

i. WILLIAMS: "*I got the girl with me I can go to my homeboys crib and get it together for you. I need 12 for the zip.*"
ii. L.T.: "*wtf you want man. Like what are you needing.*"
iii. WILLIAMS: "*Shit I texted you the wrong message but I need some slow n go. I got girl on me I just gotta go cook.*"

b. Facebook messages between WILLIAMS and FB Account D.K.

1/2/24

i. D.K.: "*2 zip. Right. Fas. Can be no more than tht.*"
ii. WILLIAMS sent a thumbs up emoji.
iii. D.K.: "*I can't get it till tomorrow damn I want to make this $ tonight I need tht spot bru. Spot me so I can be siting with it when check come on tonight to make it.*"
iv. WILLIAMS: "*Shit I ain't got it my people do.*"
v. D.K.: "*Muther fucker u can make it happen it's we haven't done things in awhile but bet ur ass u better have my favorite girl tomorrow. It's been a long time then am going get back to making. Happen like before.*"

c. Facebook messages between WILLIAMS and FB Account R.W.

1/3-8/24

i. R.W.: "*What up I need some food what ticket on ball game. Hey how much for ball food n me come tonite n get it.*"
ii. WILLIAMS: "*I'm in havaco.*"
iii. R.W.: "*Do u got ball food I come to have to get it.*"
iv. WILLIAMS: "*where you at.*"
v. R.W.: "*Hinton up on hix. You u be out n bout I need food.*"
vi. WILLIAMS: *I'll be in Princeton in a couple hours.*"
vii. R.W.: "*How much for a ball n can we meet.*"
viii. WILLIAMS: "*I'll call you when I get up that way and 150.*"
ix. R.W.: "*150 ball on food.*"
x. WILLIAMS sent a thumbs up emoji.
xi. R.W.: "*How much a zip on crème. If food is good I want 2 balls.*"
xii. WILLIAMS: "*I'll let you know when I get to Princeton bro.*"
xiii. R.W.: "*I want to try food n I will take 2 n probably a zip crème.*"
xiv. WILLIAMS: "*Meet me at the mall.*"
xv. R.W.: "*You that food was great I need that again how much a zip crème.*"
xvi. WILLIAMS: "*250. If you getting a few.*"
xvii. R.W.: "*When u b back round I like to get 2 more balls food n some crème if my cash rite probably tomorrow. Hey man when u be back I want to get 2 food n some creamy I meet u were ever.*"
xviii. WILLIAMS: "*I'm in havaco bro.*"

xix. R.W.: "*I don't care I will come to u later this evening if that's okay. Hey bro I'm bout to head ur way. Hey u down havaco I bout to come down ur way.*"

xx. WILLIAMS: "*Ok.*"

1/9/24

i. WILLIAMS called R.W.

ii. R.W.: "*Where can I meet her at? I'm in the same ford truck. What the deal were do I need to go.*"

iii. WILLIAMS: "*Duke drive Welch Wv.*"

iv. R.W.: "*10 minutes away. 5 MINUTES now.*"

1/10/24

i. R.W.: "*Hey man how for a zip crème plus my regular.*"

ii. WILLIAMS: "*I told you the prices.*"

iii. R.W.: "*250 zip on crème rite. 150 a ball on food.*"

iv. WILLIAMS: "*Yeah. I'm here.*"

1/21-22/24

i. R.W.: "*Hey man if I can get something to drive I'm gone to come c u.*"

ii. WILLIAMS: "*ok.*"

iii. R.W.: "*You they weren't but one ball of food last nite.*"

iv. WILLIAMS: "*I gave you the wrong one the.*"

4/8/24

i. R.W.: "*Hey bro we're u at. Need food I'm at same gomart.*"

ii. WILLIAMS: "*What's your number.*"

iii. R.W.: "*1681 238 3313. I brought that shot gun with me.*"

iv. WILLIAMS sent a thumbs u emoji.

v. R.W.: "*How far u out were u want to meet at. I am sitting in Mercer Mall lot over the roses. 6812383313.*"

8/18-24/24

i. R.W.: "*Hey man I just got upn mobile again got some family issues n shit gone on but I'm coming down Monday to c u n bring u some$ do little business every thing gone okay down ur way.*"

ii. WILLIAMS: "*I was wondering where you had went. Yeah.*"

iii. R.W.: "*Hey I call u n meet u up there bring me ball food n half zip crème if u got it if u don't got crème bring 2 balls food.*"

iv. R.W.: "*Hey I'm delivering a box that pussy caught me up I comin at u with 600 $ need pay u some on my tab do buck on bill 5 on product. Do to food n crème.*"

   i. I believe R.W. owes WILLIAMS money and he is paying $100 on the money owed "tab" and purchasing $500 worth of drugs "product".

v. R.W.: "*Hey u got 2 ball games of crème extra with u n how much.*"
vi. WILLIAMS: "*Yeah.*"
vii. R.W.: "*How much for the to. N bag them separate.*"
viii. R.W.: "*Hey man I'm bout to head back to hinton.*"
ix. WILLIAMS: "*I told you I had a funeral. But I got cashapp you can send me what you owe me. Send me what you owe me on cashapp. Or I'll be down there to get it either way I need my $$.*"
x. R.W.: "*Come in bro bring me some dope I been waiting on u for hrs.*"

8/31/24

i. WILLIAMS: "*Bro stop playing with me. You know that's cap. I need my $ I got shit to take care of. You think shit sweet like it's cool to play with a mfers $$$. I'm tired of the excuses I need my $$. I owe people that don't wanna hear excuses.*"

4/17-19/25

i. R.W.: "*Hey bro it's tub what can u do me on a q.p. creme.*"
ii. WILLIAMS: "*what's up. Damn you just ran off on me didn't you.*"
iii. R.W.: "*Talking to [C.L.] ole man he lookin for crème. No man went to jail for a minute I just now just getting up on my feet don't even have wheels yet. They slammed me up on driven charge. U doin anything. Hey my buddy got a brand new 380 Ruger he want to sell it's a Ruger lcp 380.*
iv. WILLIAMS sent a thumbs up emoji.
v. R.W.: "*Hey can I meet u in Mercer Cali wantin to be crème q.p. if u got it n$.*"
vi. WILLIAMS: "*Text you whenever I get up there.*"
vii. R.W.: "*4 zips crème maybe ball food. What price on that were u want to meet at.*"
viii. WILLIAMS: "*Stack on the qp.*"
   i. I believe "stack" is a $1,000.
ix. R.W.: "*How much ball food. Okay I'm heading ur way hit u up when I hit Mercer we need some food to.*"
x. WILLIAMS: "*I'm by go mart.*"
xi. R.W.: "*We pullin in gomart. I'm at gomart in little gray Dodge neon.*"
xii. WILLIAMS: "*Ok be there in 2 minutes.*"
xiii. R.W.: "*Can I interduce u to [C.L.] ole man he the $ rite now.*"
   i. I believe R.W. is purchasing ICE "crème" and fentanyl "food" from WILLIAMS for C.L.'s husband "ole man".
xiv. WILLIAMS: "*I met him before.*"
xv. R.W.: "*He would like to meet u n do business with u if that's cool I will come with him.*"

d. Facebook messages between WILLIAMS and FB Account J.C.

January 2024

i. J.C.: "*Will u be good this evening.*"
ii. WILLIAMS: "*Yeah. I'm trying to get in touch with my nephew for you.*"
iii. J.C.: "*I will be needing 3 of cream and what food I can get. I got about 1200*"
iv. WILLIAMS: "*Let me check. Ok Hang on.*"
v. J.C.: "*U get up with him..not trying to bother you.. I just gotta reup today somewhere.*"
vi. J.C.: "*But you will be good?? If so I will come on…then if the cream is still 205 I want 3 zip and the rest in food. I have at least 1200 to spend.. maybe more.*"
vii. J.C.: "*Ok if I send her I will let ya know what I need. They are on the way.*"
viii. WILLIAMS: "*Just checking seeing if they made it.*"
ix. J.C.: "*They did and thank u. One thing about it…shit is fire. She slept the whole way home.*"
   1. I believe J.C. sent another person to purchase from WILLIAMS.

March 2024

i. J.C.: "*I had sent her with $800 and she came back with 2.5g of slo and that was it.*"
ii. WILLIAMS: "*Yeah he gave her whaver and he owed her 2,3g or something like that.*"
iii. J.C.: "*So your saying you charged her $800 for 2.8 g and didn't take out what I owed ya.*"
iv. WILLIAMS: "*Naw she didn't deal with me. I was asleep and she dealt with the one dude that's why I told her I would see to it's made right. Naw I was asleep peewee must've.*

April 2024

i. WILLIAMS: "*What up. Shit chilling talking shit to peewee for fucking that bread up. He a fuck up he said she ain't give him but 300. That's my fault tho she should've tried to get me up but come thru and I'll get you together.*"
ii. J.C.: "*Hell I'm broke as a joke right now or I would.*"
iii. WILLIAMS: "*Come on. I got you.*"

May 2024

i. J.C.: "*Hey what's up with ya this is Jason can you help me out and let me front so I can get on my feet I'll square up with you first thing.*"

April 2025

i. J.C.: "*I need your cellphone number.*"
ii. WILLIAMS: "*2762808519.*

<u>May 2025</u>

iii. <u>J.C.</u>: "*Hey can I come see ya tomorrow. I need a QP. Also wht's the tag on a ball of powder.*"
iv. <u>WILLIAMS</u>: "*Just call me in the morning.*"
v. <u>J.C.</u>: "*I'm here. I'm sitting here at Lulu's where I came to last time.*"
vi. <u>WILLIAMS</u>: "*Sup.*"
vii. <u>J.C.</u>: "*Not much.....what happened to ya last night. You left me sitting forever lol. Thank god your pretty little lady finally answered your phone...lol.*"
viii. <u>WILLIAMS</u>: "*She told me.*"

e. FB messages between WILLIAMS and FB Account A.H.

<u>2/29/24</u>

i. <u>A.H.</u>: *"I have 400 for clear and 200 for food and have most of what I owe ya."*
   1. I believe A.H. is referring to ICE "Clear" and fentanyl/heroin "food."

<u>3/5/24</u>

i. <u>A.H.</u>: *"I sent you a message on your phone but forgot you lost it lol. I need 200 of each, I can leave her in a few."*
   i. I believe A.H. is referring to ICE and fentanyl/heroin.
ii. WILLIAMS sent a thumbs up emoji.
iii. <u>A.H.:</u> *"I'm leaving town now. Had to make a stop. I sent you 180 on cash app."*
iv. WILLIAMS sent a thumbs up emoji.
   i. According to Cash App records provided by Block Inc., on March 5, 2024, A.H. sent $180 to WILLIAMS Cash App account.

<u>4/2/23</u>

i. <u>A.H</u>.: *"I need to holler at ya after while. I have 400 for go and 150 for slow."*
   i. I believe A.H. is referring to ICE "go" and fentanyl/heroin "slow."
ii. A.H. and WILLIAMS shared numerous messages to arrange the transaction.
iii. <u>A.H</u>.: *"Oh ok. I'm leaving in about 15 minutes. I will have to send you 100 tomorrow if that will be ok. He gets paid at 12 tonight. I sent 60 on cash app and I have the rest."*
iv. According to Cash App records, A.H. sent WILLIAMS $60 on April 2, 2024.

<u>4/7/24</u>

i. <u>A.H.</u>: *"I need to holler at you. I'm in Pulaski right now heading that way. I just need 200 of go."*
ii. WILLIAMS responded by telling A.H. he was in Princeton and to "*Come on.*" The two exchange multiple messages coordinating a location to meet.
iii. <u>A.H</u>.: *"130 cash app just now."* A.H. later told WILLIAMS she sent him $5 more on Cash App.
   i. According to Cash App records, A.H. sent WILLIAMS $130 and $5 on April 8, 2025.

4/15/24

i. A.H.: *"Was neeedkng 300 go and 150 slo."*

ii. WILLIAMS and A.H. continued to communicate through July of 2024. Most of the communication was similar to the above and based on my experience and knowledge of the case, my review of the messages between A.H. and WILLIAMS involved A.H. and WILLIAMS arranging ICE and fentanyl/heroin transactions.

7/12/24

i. A.H.: *"I thought about that shit that I got from you. That time I came and got the ice and the food I paid 200 for one ball and you gave me one on front, they had a way too much cut in them. If I don't break out in a sweat it's not good bc that shit tears me up bad. Anyway you said I owed you 300. I paid the 100 for clear because I still owed you or a whole but had paid 100 already. That left me with 200 owing on that other ball that had way too much cut. You know I never have said anything about any of your stuff unless it was cut bad. I always liked the quality of the stuff you had. I would never tell you something that wasn't the truth. Then I came and got that yellow and green shit that didn't have a thing in it and gave you 400 for that. It was awful. I was sick the whole time I had that shit. Never got rid of any of it because I wouldn't give it to my people. I don't know what else to say about those times except it was bad shit and you still got 600 dollars combined. I feel like I have more than paid for that shit. That nasty green and yellow shit was hideous. / I don't know of anyone else that even had any of that green and yellow shit except for me. I tried and tried to get a buzz on it and it did nothing, so that's when I went and got the shit from the kid."*

   i. I believe WILLIAMS sold A.H. some fentanyl/heroin with a mixture that made A.H. sick. Additionally, A.H. said she wasn't able to get "rid" of it, stating that she wouldn't give it to her people. Thus, this caused A.H. to lose money and as a result she stopped communicating with WILLIAMS.

ii. In total, A.H. sent $2,355 to WILLIAMS' Cash App account.

f. FB messages between WILLIAMS and T.O.

1/25/24

*i.* WILLIAMS: *"Yo."*

ii. T.O.: *"Taylor want a zip of weed,"*

iii. WILLIAMS: *"ok."*

iv. I believe T.O. told WILLIAMS that Taylor wanted an ounce of marijuana.

2/4/24

i. T.O.: *"Drunk coming to get a half."*

ii. T.O.: *"Kelly want a q."*

iii. WILLIAMS sent a thumbs up emoji.

2/8/24

i. T.O.: *"K want q."*

2/11/24

i. T.O.: *"Toni finna come through want a zip of the good weed."*

2/12/24

i. WILLIAMS: *"She said the sheriff and state's deep."*
ii. T.O.: *"Where you put the other weed."*

2/14/24

i. WILLIAMS: *"Melissa got locked up they claim. Bitch fucked that pack up."*
ii. T.O. sent a thumbs up emoji.
iii. WILLIAMS: *"What she owe."*
iv. T.O.: *"Like 300."*
v. WILLIAMS: *"Her dude gone pay it fuck that."*

g. FB messages between WILLIAMS and R.W.

4/18/25

i. WILLIAMS: *"What's up yku never said what u wanted."*
vi. R.W.: *"4 zips crème maybe ball food."*
vii. WILLIAMS sent a thumbs up emoji.
viii. R.W.: *"What price on that were u want to meet at."*
ix. WILLIAMS: *"Stack. Stack on the qp."*
x. R.W: *"How much ball food."*
xi. R.W: *"Let u no soon as I leave."*
xii. WILLIAMS: Thumb up emoji.
xiii. WILLIAMS and R.W. continued to message each other to coordinate a meeting location.
    i. I believe R.W. was asking WILLIAMS for four ounces of ICE and 3.5 grams of fentanyl/heroin.

h. FB messages between WILLIAMS and FB account L.H.

05/16/25

i. A.H.: *"Hey you got cream? How much for a zip."*
ii. WILLIAMS: *"Yeah I got some."*
iii. A.H.: *"What 200 a zip."*
iv. WILLIAMS: *"hell no. Felonies aint that cheap."*
v. A.H.: *"How much."*
vi. WILLIAMS: *"N it double for cream n food. So it's a 2-15."*

i. FB messages between WILLIAMS and FB account B.N.

<u>6/13/25</u>

i. <u>B.N</u>: "*People saying that slow aint worth shit.*"
ii. <u>WILLIAMS</u>: "*I've sold 5 whole one today tho.*"
iii. <u>B.H.:</u> "*Hell yea. Mfkers complain.*"

<u>6/14/25</u>

i. <u>B.N.</u>: "*Let me get quater bro till This evening take bang these mfkers in head over Hurley they two I know for sure wants couple ⚽s for sure on my way back Il drop it off to you an throw ya atlease buckOn what I owe ya an pay for the quarter.*"
ii. <u>WILLLIAMS</u>: "*You made it down there yet.*"
iii. <u>B.N</u>: "*Almost hear now. Son this is country. Even the schools still fly them shity rebel flags I've never seen so many fuckin faggot ass rebel flags.*"
   i. Based on my experience, knowledge of the case, and knowledge of southwest Virginia, I believe B.N was asking WILLIAMS for a quarter ounce of either methamphetamine or fentanyl to take to his (B.N.'s) customers in Hurley, Virginia, located in the WDVA. B.H. told WILLIAMS he would bring him money on his way back from Hurley. Based on B.H. telling WILLIAMS he had customers in Hurley, I believe it is likely WILLIAMS knew the drugs were going to customers in the WDVA. Based on WILLIAMS asking B.H. if he had "*made it down there yet*" and B.H. replying, "*almost hear now,*" I believe that the transaction occurred between WILLIAMS and B.H., and that B.H. proceeded to Hurley, Virginia to complete the transaction with his customers. Additionally, B.H. stated about Hurley, "*even the schools still fly them shity rebel flags.*" Based on my knowledge of Hurley, I know that the Hurley High School's mascot is the Rebels and the school doors depict the rebel flag, which further indicates he proceeded to Hurley to compete the transaction.

52. On July 18, 2025, agents interviewed CSI#3. CSI#3 was living in Abingdon, VA when they were introduced to ICE suppliers in WV by B.S. B.S took CSI#3 to Martha Drive, Havaco, WV. There, CSI#3 purchased six to eight hundred dollars' worth of ICE through B.S. CSI#3 gave B.S. money to make the purchase and stayed in the car. CSI#3 went with B.S. to Martha Drive on one or two more occasions to purchase ICE. On one of those occasions, CSI#3 met one of the suppliers and they exchanged phone numbers. Afterwards, the supplier began messaging CSI#3. CSI#3 had to pay B.S.'s debt of $800 before they could start making purchases from a black male who they knew as Will. Through their knowledge of the case, agents believe "Will" is J.C. CSI#3 communicated with J.C. through Telegram App. CSI#3 would meet J.C. in the first house on the left, and the last house on the right, on Martha Dr. CSI#3 described J.C. as a heavy-set black male in his late 20's or early 30's. CSI#3 traveled to Havaco, WV 1-2 times a month to purchase ICE from J.C. CSI#3 purchased a pound of ICE from J.C. each time except on two occasions. Once they

purchased a half pound of ICE, and another occasion they purchased 2 pounds. CSI#3 estimated they have traveled to Havaco 8-10 times to purchase ICE from J.C. CSI#3 physically met J.C. approximately three times. The other times were "dead drops," meaning J.C. would tell CSI#3 a location to pick up the ICE and leave the money. J.C. directed CSI#3 to pick up the ICE in other locations around Havaco to include Duke Drive and a house behind the courthouse. The last time CSI#3 purchased ICE from J.C. was the first week of July 2025, where they purchased one pound of ICE. According to CSI#3, J.C.'s Facebook Account is, "ThrillWill OTW".

53. CSI#3 said J.C.'s Cash App Account is "Sexxy Redd." CSI#3 sent J.C. $200 once through Cash App. According to records provided by Block Inc., Cash App Account, "Sexxy Redd" is associated with J.C. with a matching date of birth and social security number for J.C. J.C.'s Cash App lists two addresses, 494 Edgewood Ave. Welch, WV., and 15 Oak Street, Welch, WV.

    a. I believe 494 Edgewood Ave., Welch, WV is HEADEN'S primary residence.

    b. According to Cash App records, HEADEN received $9,517 from Cash App account, Sexxy Redd (J.C.) from September 2023 to March 2025.

    c. J.C. had additional Cash App transactions with WILLIAMS and TAYLOR.

54. On one occasion, CSI#3 purchased approximately three ounces of ICE from "Lucky." The purchase from Lucky occurred at the first house on the left of Martha Dr. CSI#3 provided Lucky's telephone number ending in 6343. According to CSI#3, Lucky is J.C.'s neighbor and may be his cousin. Lucky drove a gray Chevy Traverse.

    a. A law enforcement database shows the telephone number ending in 6343 to be utilized by K.B. at 5 Martha Dr. Welch, WV.

    b. During surveillance at 65 Duke Drive, agents observed K.B. driving a Chevy Equinox, registered to K.B. at 5 Martha Dr.

    c. During the month of September 2024, agents seized a cell phone from Stephen Stewart. A search of the phone revealed a contact listed as "Lucky" with telephone number ending in 6343.

55. Based upon the facts set forth above, I believe there is probable cause that Terry Alexander HEADEN, Taylor Shannell HEADEN, and Charles John WILLIAMS, have violated Title 21, U.S.C. Section 846 and Title 21, U.S.C. Section 841(a)(1) (conspiracy to distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on 9/23, 2025, in Abingdon, Virginia.

Stephen H. Levesque, Special Agent (ATF)

9/23/25
Date

Subscribed and sworn to before me, this the 23rd day of September, 2025 in Abingdon, Virginia.

Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia