# UNITED STATES DISTRICT COURT

for the

Western District of Virginia ▾

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

**SEP 2 5 2025**

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:25mj00081 |
| TERRY ALEXANDER HEADEN | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: _____09/25/2025_____

*Terry Headen*
*Defendant's signature*

*Signature of defendant's attorney*

Jaxon Wilkins, CJA
*Printed name and bar number of defendant's attorney*

The Law Office of Kern and Wilkens PC
1719 Second Avenue E
Big Stone Gap, VA 24219

*Address of defendant's attorney*

The Law Office of Kern and Wilkens PC 1719 Second Avenue
*E-mail address of defendant's attorney*

276-523-1281
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*