CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
October 08, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 1:25mj00081-001** |
| **TERRY ALEXANDER HEADEN, Defendant** | ) | **ORDER OF DETENTION** |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, a detention hearing was held in this matter on October 6, 2025. The defendant is charged with violating 21 U.S.C. §§ 846, 841(a)(1), conspiracy to distribute and possess with intent to distribute methamphetamine, which raises a presumption of detention. Based on the evidence presented, including, but not limited to the following, the court finds that the defendant has not rebutted the presumption of detention and that the clear and convincing evidence shows that he presents a danger to the community if released pending trial:

1. The defendant has previous convictions for possession of a controlled substance and destruction of property;
2. The defendant was charged with destruction of property on August 16, 2024, and he received a six-month probation sentence on the destruction of property charge on June 26, 2025;
3. At the time of his arrest on September 25, 2025, the defendant admitted that he was using marijuana daily and prescription opiates illegally two to three time a week;
4. While on probation for the destruction of property conviction, the defendant tested positive for the use of marijuana on June 26, July 8,

July 15, July 22, July 29 and August 11, 2025, and the defendant tested positive for the use of fentanyl on August 25 and September 8, 2025;

5. The Affidavit accompanying the Criminal Complaint outlines extensive evidence that the defendant was participating in a drug conspiracy that was distributing large quantities of methamphetamine and fentanyl for redistribution in the Western District of Virginia. The Affidavit contains evidence that this conspiracy distributed at least 44 pounds of methamphetamine and at most more than 71 pounds of methamphetamine, most of which was redistributed in the Western District of Virginia; and

6. The Affidavit contains evidence that the defendant was continuing to participate in this drug conspiracy while on bond from August 2024 to June 2025 on the destruction of property charge.

**Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**ENTERED:** October 8, 2025.

/s/ *Pamela Meade Sargent*

UNITED STATES MAGISTRATE JUDGE