**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:25-CR-00049** |
| | : | |
| **TERRY HEADEN ET AL.** | : | |

## JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES

The parties have conferred and jointly move the Court to amend its Criminal Scheduling Order ("Order") in this case, ECF No. 86, to permit additional time for the filing of certain pretrial motions and expert disclosures.

The trial in this case is currently set for October 26–30, 2026. The Order currently requires that the parties make all expert disclosures and motions under Rule 12(b)(3)(A)–(D) no later than 90 days before trial, Order ¶ 6, ECF No. 86, which the government calculates to be July 28, 2026. The parties are working to negotiate potential resolutions in this case and anticipate knowing within the next few weeks whether trial will proceed as scheduled.

Furthermore, a superseding indictment was returned on June 23, 2026, which charges three additional defendants in this case. ECF No. 100. Only two of these new defendants, Kenneth Brown and Amanda Horton, are in district, and these two defendants have only recently been appointed counsel. The third additional

1

defendant, Jashawn Collins, has not yet been appointed counsel in this district.[1]

Accordingly, the three new defendants have not had an opportunity to review discovery.

For these reasons, the parties[2] respectfully request that the deadline to file expert disclosures and Rule 12(b)(3)(A)–(D) motions be extended to August 28, 2026.

Respectfully Submitted,

Carrie Macon
Corey Hall
Assistant United States Attorneys

/s/ *Carrie Macon*
Virginia Bar No. 95879
Assistant United States Attorney
180 West Main Street, Suite B19
Abingdon, Virginia 24210
(276) 628-4161
(276) 628-7399 (Fax)
USAVAW.ECFAbingdon@usdoj.gov

---

[1] Collins is scheduled to have a detention hearing in the Southern District of Ohio on July 28, 2026.

[2] Because Collins does not yet have counsel in this district, the government has not had an opportunity to confer with him about this motion.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to the counsel of record.

<u>s/ Carrie Macon</u>

Assistant United States Attorney