CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

August 17, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ E. Jones
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **Case No.: 1:25-CR-00049** |
| **TERRY ALEXANDER HEADEN, *et al.*,** | ) | |
| **Defendants.** | ) | |

# ORDER

The Parties held a pre-trial scheduling conference on August 17, 2026, to set the case for trial. Defendants Terry Alexander Headen, Charles John Williams, Amanda Horton, Jashawn Collins, and Kenneth Brown waived, or represented through counsel the intent to waive, their right to set the case for trial within the time required under the Speedy Trial Act, 18 U.S.C. § 3161. The Court set the trial to begin on January 4, 2027.

I find that the ends of justice served by setting trial on August 4, 2027, outside of the window prescribed by the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial. Failure to do so would deny the Parties and counsel the time needed to properly investigate the case and prepare effectively for trial.

Accordingly, trial is set for January 4, 2027 – January 8, 2027. The period of time necessitated by this delay is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7).

It is so **ORDERED.**

Entered: August 17, 2026

*Robert S. Ballou*

Robert S. Ballou
United States District Judge